Date: April 13, 2005

To Whom It May Concern:

I, Jessica Eleain Larry, am allowing, Jessie James Tompkins, Sr., to become the legal guardian of my child/children, Jessie James Tompkins, Jr., during my enlistment in the United States Army. Upon my discharge from the United States Army, the guardianship will be returned to myself.

MOTHER _Jessica Larry_     DATE: 13 April 05
GUARDIAN _Jessie Tompkins_  DATE: 13 April 05
WITNESS _Rene K. Patt_      DATE: 4-13-05
WITNESS _Susan Warrington_  DATE: 4-13-05

IT IS SO ORDERED AND DONE IN THIS COURT,

_[signature]_               DATE: 4-13-05
DALLAS COUNTY PROBATE JUDGE
STATE OF ALABAMA

- A -


RECEIVED JUN 28 2005 By____