

**DEPARTMENT OF THE ARMY**
US ARMY RECRUITING COMPANY MONTGOMERY
BLDG 1510, 3RD FLOOR
MAXWELL AFB-GUNTER ANNEX, AL 36114

REPLY TO
ATTENTION OF:

RCSE-MO-3H5-CDR                                                                 6 April 2005

MEMORANDUM FOR RECORD

SUBJECT: Commander's Interview with Larry, Jessica E. (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) for RE Code Waiver

1. During my interview with Ms. Larry, she informed me that in 2004 she was discharged under honorable conditions from the U.S. Army for Chapter 8 of AR 635-200 (pregnancy), with a RE Code of RE-3. She successfully completed BCT and MOS 92A1O AIT, and reported to her first permanent party assignment in Germany. She became pregnant, and had to request discharge for various reasons, mostly dietetic due to pregnancy and the inability of her unit to provide conventional food for her diet during pregnancy. Since her unit was deployed, the only choice was German food at the DFAC. She was losing weight because of her inability to consume this food, and did not have a car to go to a restaurant with conventional food. As a result, she was discharged.

2. Ms. Larry has a family care plan of action in place. The father of the baby, Jessie Tompkins, Sr., would care for her 6-month old son, Jessie. As an alternate, her Aunt, Betty Barker, would care for her son. I counseled Ms. Larry that she must get a formal, written family care plan when she enlists (subject to this waiver request approval), and she had no problems with formalizing the family care plan.

3. Ms. Larry may have lacked good judgement. Perhaps she should have stayed in the Army. However, she regrets her decision, and again wishes to be a part of the Army of One.

4. Request favorable consideration in this matter.

5. POC for this memorandum is the undersigned at (334) 277-7817.

CHRISTOPHER M. LOWERY
CPT, AG
Commanding