| State of Alabama<br>Unified Judicial System<br>Form CS-42  Rev. 10/93 | CHILD SUPPORT GUIDELINES | Case Number<br>CS-93-1129 |
|---|---|---|

IN THE __Circuit__ COURT OF __Montgomery__ COUNTY

__Audra Beasley__  v.  __Jessie Tompkins__
Plaintiff                                    Defendant

| Children | Date of Birth | Children | Date of Birth |
|---|---|---|---|
| Steven L. Beasley | 02/12/1993 | Audriana A. Beasley | 10/10/1998 |
| Andre O. Beasley | 01/23/1994 | Jmari J. Beasley | 11/07/2001 |
| Terrance J. Beasley | 02/11/1995 | Devin K. Beasley | 03/06/2003 |

| | Plaintiff | Defendant | Combined |
|---|---|---|---|
| 1. MONTHLY GROSS INCOME | $ 892.60 | $ 6,221.00 | |
| a. Minus Preexisting Child Support Payment | - | - | |
| b. Minus Preexisting Periodic Alimony Payment | - | - | |
| 2. MONTHLY ADJUSTED GROSS INCOME | $ 892.60 | $ 6,221.00 | $ 7,113.60 |
| 3. PERCENTAGE SHARE OF INCOME (Each parent's income on Line 2 divided by the Combined Income) | 13 % | 87 % | |
| 4. BASIC CHILD SUPPORT OBLIGATION [Apply Line 2 Combined to "schedule of basic child support obligations" (Appendix to Rule 32)] | | | $ 2,147.00 |
| 5. WORK-RELATED CHILD CARE COSTS | | | + 1,083.33 |
| 6. HEALTH INSURANCE COSTS | | | + 485.02 |
| 7. TOTAL CHILD SUPPORT OBLIGATION (Add lines 4, 5, and 6) | | | $ 3,715.35 |
| 8. EACH PARENT'S CHILD SUPPORT OBLIGATION (Multiply Line 7 by Line 3) | $ | $ 3,232.35 | |
| 9. ADJUSTMENT FOR PAYMENT OF HEALTH INSURANCE (If obligor pays health insurance, enter amount paid in obligor's column.) | - | - 485.02 | |
| 10. RECOMMENDED CHILD SUPPORT ORDER (Subtract Line 9 from the amount on Line 8. Leave custodial parent's column blank.) | $ | $ 2,747.33 | |

Comments, Calculations, or Rebuttals to Guidelines:
In addition to above amount, the petitioner would like to request retroactive pay of $2,347.33 per month totally in the amount of $32,862.62 plus interest (monies based on defendant estimated pay for 14 months since June 2003 until now). This difference occurred solely on the defendant's action of intentional suppression of his actual income. Please refer to Plaintiff's Motion to Show Cause.

PREPARED BY:     DATE: 8-3-04

