| State of Alabama Unified Judicial System | CHILD SUPPORT OBLIGATION INCOME STATEMENT/AFFIDAVIT | Case Number |
|---|---|---|
| Form CS-41  Rev. 10/93 | | |

IN THE **Circuit** COURT OF **Montgomery** COUNTY

Plaintiff **Audra Beasley** v. Defendant **Jessie Tompkins**

### AFFIDAVIT

I, **Audra Beasley**, being duly sworn upon my oath, state as follows:

1. I am the ☒ plaintiff ☐ defendant in the above entitled matter.
   My Social Security number is: **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**

2. I am ☐ currently employed. My employer's name and address is: _____

   ☒ Not currently employed.
   My last employer's name and address is: **Bell Micro Products**

   Last position title: **Sales Rep**
   Average monthly salary last year of employment: $ **1500.00**

3. My gross monthly income includes:
   (For examples of income that must be included, see back of form. If income varies by month, enter the estimated average monthly income.)

   | | |
   |---|---|
   | Employment income | $ 0 |
   | Self-employment income | |
   | Other employment-related income | |
   | Other non-employment related income | |
   | Total | $ 0 |

   3a. I incur the following amount monthly for child-care: $ **None**
   (If none, write "None")

   3b. The child(ren) of the parties is/are
   ☐ not covered by health insurance from me and/or my employer.
   ☐ covered by health insurance and I pay the following amount monthly for the insurance coverage $ **None**
   (If none, write "None")

4. I understand that I will be required to maintain all income documentation used in preparing this affidavit (including my most recent income tax return) and that such documentation shall be made available as directed by the court.

5. I understand that any intentional falsification of the information presented in this income statement/affidavit shall be deemed contempt of court

_____
Affiant

Sworn to and subscribed before me this _____
day of _____, 19 ___

_____
Notary/Clerk/Register