```
0311                    STATE OF ALABAMA
                          CONTINUATION
                                          CASE: JU 2005 000564 01
                              JUDGE: PATRICIA D WARNER
```

IN THE JUVENILE COURT OF MONTGOMERY COUNTY, ALABAMA

NAME: TOMPKINS JESSIE JAMES JR
ADDR: 13180 U S HWY 80 EAST
      PIKE ROAD         AL  36064
DOB: 09/10/2004
RACE: B   SEX: M
SCHOOL:
PHONE: 334-669-5921
CHARGE: DEPENDENT/ABUSE/NEGL    TYPE: DEPENDENT
PET DATE: 06/28/2005  IO: SUMMERS JULIA
COM DATE: 06/21/2005  CA:                    FO:
                                             CA DATE: 00/00/0000

CHILD'S ATTY: TAYLOR JULIANA                 TYPE: APPOINTED
DHR'S ATTY: DEPT OF HUMAN RESOURCES           TYPE: RETAINED
MOTHER'S ATTY: COX TYLER LAMAR                TYPE: RETAINED
FATHER'S ATTY: DRUMMOND ROBERT DEAN JR        TYPE: RETAINED

DATE        ACTIONS, JUDGEMENTS, CASE NOTES

| Date | Notes |
|---|---|
| 10-6-05 | Notice of appearance by Counsel filed by atty M. McBeal. TEW |
| 10-6-05 | DHR Home evaluation report Filed. TEW |
| 10-11-05 | Case called. Juliana Taylor appointed to represent child. (Prior atty withdrew bc he accepted employment w/ City). T. Cox & M. McBeal for Mother. Jackie Jackson case worker. R. Drummond for father. Case continued by agreement of all parties to allow for discovery... possibility that Mother may be deployed soon. Child to remain in father's custody. Status quo. Set for trial 1/10/06 @ 9:30 am. Parties served in Court. |
| 12-2-05 | Motion to Stay Case Under Soldiers' & Sailors' Relief Act & Motion to Place on Administrative Docket Filed. TEW |
| 12/6/05 | Motion granted. Case placed on Admin Docket until Mother returns from deployment in Iraq. Counsel for mother to notify ct of her return. Status quo to be maintained as to custody. (PW) |
| 3/14/06 | Petitioner's Motion for C/S w/ docs attached is placed on Admin docket pursuant to Soldiers & Sailors Relief Act. C/S to be determined at final hearing. Petitioner shall have no contact w/ Mother, Mother's C.O., her military unit or DFAS pending further Orders of ct. Docs attached to Petitioner's Motion are unsigned + not notarized. TEW |

(070572005)

This Document Certified to be a true and correct copy.
DONE this 10th day of March, 2006.
Teresa H. Allen (EW)
JUVENILE COURT CLERK

Exh. F