**Montgomery County Youth Facility Faculty**
**Teacher Attendance/Pay Log**
**2004 - 2005**

| Name | Date | In | Out | Signature |
|---|---|---|---|---|
| Tompkins | 11-15 Apr 05 | 730 | 315 | Tomp[kins] |

To Whom It May Concern:

Jessie Tompkins was present and working on 4-13-05.

Tom Barker, Principal
Montgomery County Youth Facility
261-4100 ext 299 Wk #
274-9894 Home #

Exh. G