| NAME: LARRY, JESSICA ELEAIN | SSN: 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 |
|---|---|

    discharge.

b. I understand that I have enlisted in an MOS that is taught in the OSUT mode. I may be required to complete all or a portion of Basic Training, regardless of the period of my break in service.

c. I am the parent of JESSIE JAMES TOMPKINS JR and certify that the child(ren) has/have previously been placed and is/are in the custody of the other parent or another adult by court order. I further certify the custody agreement was and is intended to remain in full force and effect during the term for which I am now enlisting. I understand that if I regain custody of this/these child(ren), either by court decree, or in accordance with applicable state law, or if the child(ren) is/are residing with me in lieu of the legal custodian, I will be processed for involuntary separation for fraudulent entry unless I can show that the regaining custody is not contrary to the above stated intent; (eg. death or incapacity of other parent or custodian).

WARNING-READ CAREFULLY

(1) I HEREBY CERTIFY THAT NO PERSON, AGENCY OR MEMBER OF THE ARMY, TO INCLUDE MY RECRUITER OR GUIDANCE COUNSELOR HAS REQUIRED ME TO GIVE UP CUSTODY OF MY CHILD(REN) AS A CONDITION FOR ENLISTMENT. I UNDERSTAND THAT THE ARMY MERELY RECOGNIZES THAT SOME PERSONS FOR PERSONAL REASONS MAY HAVE RELINQUISHED CUSTODY OF THEIR CHILD OR CHILDREN.

(2) I FURTHER STATE THAT NO PERSON, AGENCY OR MEMBER OF THE ARMY HAS ADVISED ME THAT I WILL BE ALLOWED TO REGAIN CUSTODY OF MY CHILD(REN) WHILE IN THE ARMY, NOR HAS GIVEN ME ANY PERCEPTION OR ASSURANCE THAT THE POLICY AS STATED ABOVE IS WAIVEABLE OR NOT UPHELD ONCE ENLISTED.

d. I have provided my recruiter or and Guidance Counselor all information required on my application for enlistment. I certify that I have read and fully understand the contents of this form and that no one has told me to conceal any information. I further state that all of the documents such as my birth certificate, high school or college transcripts, diplomas, social security card, or other documents in my enlistment or appointment packet are mine and were not falsified. It is prohibited to have anyone assist me in taking the Armed Services Vocational Aptitude Battery (ASVAB). I certify that no one has given me any answers to the test questions and that the scores I achieved were through my own efforts and I received no assistance taking the ASVAB.

(1) I am aware that I must reveal all criminal offenses, cases, and arrests to include juvenile and those charges that have been expunged, dismissed, set aside, or not prosecuted. I must reveal all responsibilities I have with respect to children or spouse. I must reveal all prior military service.

(2) I have not concealed any medical information and I further state that If anyone has told me to conceal, omit from my application, or falsify any information I must report any misconduct on anyone's part that is involved with my recruiting process immediately to the recruiting battalion executive officer.

(3) That no person has advised me to conceal any information with respect to my enlistment.

e. Failure to report on date specified above will result in cancellation of my Regular Army enlistment reservation without notification. Willful failure to report may result in denial for enlistment for up to 2 years. If the option, MOS, or assignment provided above is canceled, changed, or becomes unavailable before I enlist into the Regular Army, I will be given the opportunity to select another option.

f. *(Applies only to members of USAR, ARNG, or a unit of another Reserve Component.)*

3. My current military service obligation is not changed by this agreement. If I am currently participating or assigned to a unit of the USAR, ARNG, or a unit of another Reserve Component, I understand that this agreement does NOT relieve me of any requirement to satisfactorily participate, attend drill, annual raining, or other duties in association with my Reserve commitment up to 7 days prior to my scheduled reporting date as reflected above.