AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Middle_ District of _Alabama_

Jessie Tompkins SR

V.

Judge John Jones, ET. AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06cv325-WKW

TO: (Name and address of Defendant)

Judge John Jones
Dallas Co. probate court
Selma, Al. 36742

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jessie Tompkins
13180 U.S. Hwy 80
Pike Rd, Al. 36064

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                              4/11/06

CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __Alabama__

Jessic Tompkins SR

V.

Judge John Jones ET AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06cv325-WKW

TO: (Name and address of Defendant)

Judge Patricia Warner
1111 Air base Blvd
Montg. AL 36108

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jessic Tompkins
13180 U.S. Hwy 80 E
Pike Road, AL 36064

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                              4/11/06

CLERK                                            DATE

_Bill C. L_

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Middle_ District of _Alabama_

Jessie Tompkins SR

V.

Judge John Jones
Et Al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06 CV 325-WKW

TO: (Name and address of Defendant)

Jessica Janny
412 Edward St
Montgomery, AL
36104

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jessie Tompkins
13180 U.S. Hwy 80 E
Pike Road, AL.
36064

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                                            4/11/06

CLERK                                                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE _____ District of __Alabama__

Jessie Tompkins SR

V.

Judge John Jones
       ET AL,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06cv325-WKW

TO: (Name and address of Defendant)

AUDRA BENSKY
13192 U.S. Hwy 80 E
Pike Road, AL 36064

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jessie Tompkins
13180 U.S. Hwy 80 E
Pike Road, AL. 36064

an answer to the complaint which is served on you with this summons, within ____30____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra T. Hackett*                              4 / 11 / 06

CLERK                                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Jessie Tompkins SR

v.

Judge John Jones

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06cv325-WKW

TO: (Name and address of Defendant)

Cpt. Christopher Lowery
U.S. Army Recruiting Co. Mnty
Bldg 1510, 3rd Floor
Maxwell AFB - Gunton Annex, Al.
36114

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jessie Tompkins
13180 U.S. Hwy 80 E
Pike Rd, Al. 36064

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                    4/11/06

CLERK                                 DATE

(By) DEPUTY CLERK