IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JESSIE TOMPKINS, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-00325-WKW |
| | ) | |
| JUDGE JOHN JONES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

It is ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Magistrate Judge Vanzetta P. McPherson for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this the 18th day of April, 2006.

        /s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE