AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

Jessie Tompkins, Sr.

V.

Judge John Jones, et al

Alias

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:06cv325-WKW

TO: (Name and address of Defendant)

Capt. Christopopher Lowery
US Army Recruiting Co., Montgomery
Gldg. 1510, 3rd Floor
Maxwell AFB
Gunter Annex, AL 36114

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jessie Tompkins, Sr.
13180 US Hwy 80 East        (Pro-se)
Pike Road, AL 36064
334-277-8859

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

_____    5/2/06
CLERK                                DATE

(Deputy Clerk signature)