AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE April 11th 2006 |
| NAME OF SERVER (PRINT) Sybil Jones | TITLE Private Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Montgomery Co. Youth Facility 1111 Airbase Blvd Montgomery, AL 36108

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 11th 2006    Sybil D. Jones
           Date              Signature of Server

854 Terrace Ave
Montgomery, AL 36106
Address of Server

RETURNED AND FILED

MAY - 2 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Middle_ District of _Alabama_

Jessie Tompkins SR

V.

Judge John Jones Et Al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06cv 325-WKW

TO: (Name and address of Defendant)

Jessica Janny
412 Edward st
Montgomery, Al.
36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jessie Tompkins
13180 U.S. Hwy 80 E
Pike Rd, Al. 36064

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra T. Hackett         4/11/06

CLERK                    DATE

(By) DEPUTY CLERK