...

⍟AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE April 13th 2006 |
| NAME OF SERVER (PRINT) Sybil Jones | TITLE Private Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: Suzanne Ingram Chief Clerk Dallas Co Probate Court Selma, Ala 36701

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 13th 2006     [Signature]
            Date              Signature of Server

854 Terrace Ave, Montg. AL 36106
Address of Server

**RETURNED AND FILED**

**MAY – 2 2006**

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

⊗AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Middle _____ District of _____ Alabama _____

Jessie Tompkins SR

V.

Judge John Jones, ET.AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06cv325·WKW

TO: (Name and address of Defendant)

Judge John Jones
Dallas Co. probate court
Selma, Al. 36742

FILED
04/13/2006 01:21:08 PM
JOHN W JONES JR
Judge of Probate
Dallas County, Alabama

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jessie Tompkins
13180 U.S. Hwy 80 E
Pike Road, Al. 36064

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                     4/11/06

CLERK                                                DATE

(By) DEPUTY CLERK