AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE April 13th 2006 |
| NAME OF SERVER (PRINT) Sybil Jones | TITLE Private Person |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Montgomery Recruiting CO. 775 McDonald St, Bldg 1580 MAFB-Gunter Annex, Al. 36114

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 13th 2006
         Date                    Signature of Server

854 Terrace Ave
Montgomery, AL. 36106
Address of Server

RETURNED AND FILED

MAY - 2 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__    District of __Alabama__

Jessie Tompkins SR

V.

Judge John Jones

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 2:06cv325-WKW

TO: (Name and address of Defendant)

Cpt. Christopher Lowery
U.S. Army Recruiting Co. Mnty
Bldg 1510, 3rd Floor
Maxwell AFB - Gunter Annex, AL
36114

Montgomery Recruiting Company
775 McDonald St. Bldg 1510
MAFB - Gunter Annex, AL 36114

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jessie Tompkins
13180 U.S. Hwy 80 E
Pike Road, AL 36064

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra T. Hackett                                     4/11/06

CLERK                                                DATE

(By) DEPUTY CLERK