# UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

RECEIVED
2006 MAY -3 A 10: 51
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

JESSIE TOMPKINS Sr.          *

      Plaintiff,          *

VS                           * CASE NO. 2:06CV325.WKW

JUDGE JOHN JONES,            *
JUDGE PATRICIA WARNER,
JESSICA LARRY,               *
AUDRA BEASLEY,
CAPT. CHRISTOPHER LOWERY,    *

      Defendants.

---

## MOTION FOR DEFEAULT JUDGEMENT

COMES NOW, the Plaintiff Jessie Tompkins, Pursuant to F.R.C.P. 55 (a) (b) (1), hereby submit this motion for default judgement against defendant Jessica Larry. Ms. Larry was personally served on April 11th 2006, by a private server. The defendant was required to answer the Plaintiff's complaint within twenty days of service and has failed to defend this action against her. The plaintiff hereby requests that a judgement in the amount of $250.000.00 in punitive damages.

Respectfully Submitted,

*Jessie Tompkins*

Jessie Tompkins Sr.
13180 U.S. Hwy 80 E
Pike Road, Al. 36064
334.277.8859

Certificate of Service

I hereby certify that I have served a copy of the attached on the above name defendants on this 2rd day of May 2, 2006.

Jessie Tompkins Sr.