UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

|  |  |
|---|---|
| JESSIE TOMPKINS Sr. | * |
| Plaintiff, | * |
| VS | * CASE NO. 2:06CV325.WKW |
| JUDGE JOHN JONES,<br>JUDGE PATRICIA WARNER,<br>JESSICA LARRY,<br>AUDRA BEASLEY,<br>CAPT. CHRISTOPHER LOWERY, | *<br><br>*<br><br>* |
| Defendants. |  |

## MOTION FOR DEFAULT JUDGEMENT

COMES NOW, the Plaintiff Jessie Tompkins, Pursuant to F.R.C.P. 55 (a) (b) (1), hereby submit this motion for default judgement against defendant Audra Beasley. Ms. Beasley was personally served on April 11th 2006, by a private server. The defendant was required to answer the Plaintiff's complaint within twenty days of service and has failed to defend this action against her. The plaintiff hereby requests that a judgement in the amount of $250.000.00 in punitive damages.

Respectfully Submitted,

Jessie Tompkins Sr.
13180 U.S. Hwy 80 E
Pike Road, Al. 36064
334.277.8859

## Certificate of Service

I hereby certify that I have served a copy of the attached on the above name defendants on this 5th day of May, 2006.

_Jessie Tompkins_
Jessie Tompkins Sr.