UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 MAY -4  P 4:42

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

JESSIE TOMPKINS Sr.

    Plaintiff,

VS

    CASE NO. 2:06CV325.WKW

JUDGE JOHN JONES,
JUDGE PATRICIA WARNER,
JESSICA LARRY,
AUDRA BEASLEY,
CAPT. CHRISTOPHER LOWERY,

    Defendants.

## MOTION FOR DEFAULT JUDGEMENT

COMES NOW, the Plaintiff Jessie Tompkins, Pursuant to F.R.C.P. 55 (a) (b) (1), hereby submit this motion for default judgement against defendant Capt. Christopher Lowery. Capt. Lowery was personally served on April 13th 2006, by a private server. The defendant was required to answer the Plaintiff's complaint within twenty days of service and has failed to defend this action against him. The plaintiff hereby requests that a judgement in the amount of $250.000.00 in punitive damages.

Respectfully Submitted,

*Jessie Tompkins*

Jessie Tompkins Sr.
13180 U.S. Hwy 80 E
Pike Road, Al. 36064
334.277.8859

Certificate of Service

I hereby certify that I have served a copy of the attached on the above name defendants on this 5th day of May, 2006.

*Jessie Tompkins Sr.*