# UNITED STATES DISTRICT COURT FOR THE RECEIVED
## MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

2006 MAY -5 ℗ 3: 56

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

JESSIE TOMPKINS Sr.                        *

     Plaintiff,                          *

VS                                         * CASE NO. 2:06CV325.WKW

JUDGE JOHN JONES,                          *
JUDGE PATRICIA WARNER,
JESSICA LARRY,                             *
AUDRA BEASLEY,
CAPT. CHRISTOPHER LOWERY,   *
CITY OF MONTGOMERY,
MONTGOMERY COUNTY YOUTH *
FACILITY, BETTY BARKER,
ESQUIRE JULIANNA TAYLOR.     *
     Defendants.

---

AFFIDAVIT OF JESSIE TOMPKINS IN SUPPORT OF HIS MOTION
IN OPPOSITION TO THE RECOMMENDATION OF
MAGISTRATE JUDGE ,TO DISMISS
CLAIMS UNDER 28 U.S.C. SECTION
1915(E)(2)(b)(I)-(ii)(iii).

1. I am submitting this affidavit in opposition to the **Recommendations of the Magistrate Judge, to dismiss all claims under** 28 U.S.C.1915 (e) (2) (B) (I) (ii) (iii),. I have not filed this petition under Title 28 United State Code Section 1915, for proceedings in forma Pauperis.

2. I have not filed a civil action with the Probate Court of Dallas County, Alabama and nor have I been a party to any litigation in Dallas County.

3. Complaint Exhibit A, was forged in and notarized in the Dallas County Probate Office without my present. However, this document was executed under criminal pretense in violation of Alabama Code 13A-9-3.

4. Judge Warner denied me the right to due process of the law under the fourteenth (14th ) Amendment, to give me the right to challenge the removal proceeding and

custody proceeding of my minor son. As guaranteed under the Sixth (6) Amendment, to the U.S. Constitution.

5.  I was not given Adequate notice to hire a new attorney, prepare for removal proceeding and Ms. Barkers Petition for Custody. While I was placed under custodial arrest for five (5)hours. Judge Warner held hearing to appoint my attorney to represent Ms. Barker. ( **see complaint Exh. U**).

6.  I was simply not given notice of Judge Warner removal hearing or that Attorney Rothschild had been appointed to represented Ms. Barker in earlier morning proceedings on the 11th of April 2006. (**AFF. Exh. X**).

7.  On April 12th 2006, Judge Warner recused herself from all pending cases, after she maliciously and arbitrarily rule against me in all cases pending before her court without hearing all the evidence. (see **affidavit Exh.Y**)

8.  There are no appeals pending in the family court relating to this matter.

9.  Exhibit A, is a contractual agreement, that the Dallas County Probate Judge Jones used to violate my rights to due process of the law under the 14th amendment pursuant to 42 U.S.C. section 1981, 1983 and 1985(3)., In that Judge Jones used his office to committee a criminal act to assist Ms. Larry in advancing her military career.

10. Exhibit A, is also apart of Ms. Larry's military re-enlistment contract, that also required my participation as to my parental rights under Ms. Larry's military contract with my son. , Judge Jones in violating my rights, acted under color of law to deprive me of a constitutional protected right under the 14th amendment to the U.S. Constitution pursuant to 42 U.S.C. section 1983 and section 1985.

11. Captain Christopher Lowery, fraudulently acted of color of law as a U.S. Army Commissioned officer to facilitate Ms. Larry's re-enlistment in the Army. Therefore, violating my rights to contract , pursuant to my rights secured and guaranteed under the 14th amendment pursuant to title 42 U.S.C. section 1983 and section 1985(3).

RESPECTFULLY SUBMITTED, -

Jessie Tompkins Sr.
13180 U.S. Hwy 80 East
Pike Road, Alabama 36064

NOTARY

My Commission Expires 5/19/08

SEAL



**Montgomery Public Schools**
**mps**

*Superintendent*
Carlinda Purcell, Ed.D.

307 South Decatur Street
Post Office Box 1991
Montgomery, AL 36102-1991

*Board Members*
Dr. Mark LaBranche, *Chairman*
Tommie Miller, *Vice Chairman*

Dave Borden
Mary Briers
Vickie Jernigan
Henry A. Spears
Beverly Ross

(334) 223-6700
www.mps.k12.al.us

April 12, 2006

Mr. Jessie Tompkins
Teacher
Youth Facility

Dear Mr. Tompkins:

You are hereby being placed on paid administrative leave today, Wednesday, April 12, 2006 and Thursday, April 13, 2006 (2 days). You may return to your position at the Youth Facility on Monday, April 17, 2006.

Sincerely,

Jimmy Barker
Assistant Superintendent
Office of Human Resources

Tom Barker, Adm. Assistant – Youth Facility
Personnel File

– V –

IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA
DOMESTIC RELATIONS DIVISION

IN RE THE MATTER OF:               )
                                   )
JESSIE TOMPKINS,                   )
                                   )
        Plaintiff,                 )
                                   )
        and                        )    CASE NO. DR-06-399
                                   )
AUDRA BEASLEY                      )
                                   )
        Defendant.                 )

## O R D E R

THIS CAUSE comes before the Court Petition For Protection From Abuse, filed

by the Plaintiff. Upon consideration thereof, the Court finds and it is hereby,

**ORDERED, ADJUDGED AND DECREED** as follows:

1.    That the allegations of the Plaintiff do not meet the standards

required under the Protection From Abuse Act, and the Petition for Protection from

Abuse is due to be and the same is hereby DISMISSED.

2.    That a copy of this Order be transmitted to the Plaintiff, pro se.

**DONE** this the 18ᵗʰ day of April, 2006.

Anita L. Kelly
CIRCUIT JUDGE

Jessie Tompkins
13180 U.S. Highway 80 East
Pike Road, AL 36064

2006 APR 18 P 4: 21

MONTGOMERY CO. ALA. AT
DOMESTIC RELATIONS DIV.
FILED

IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA
DOMESTIC RELATIONS DIVISION

In Re the Matter of              )
                                  )
JESSIE TOMPKINS,          )
     Plaintiff,               )
                                    )
vs.                             )   CASE NUMBER DR-06-399
                                    )
AUDRA BEASLEY,           )
     Defendant.            )

## O R D E R OF RECUSAL

IN THIS CAUSE the undersigned Judge does hereby RECUSE AND DISQUALIFY herself from hearing and deciding any and all matters now or hereafter to come before this Court, and does hereby submit this cause for REASSIGNMENT.

**DONE** this the _12th_ day of _April_, 2006.

_Patricia D. Warner_ (signature)

**PATRICIA D. WARNER**
Circuit Judge

-X-

| | In The Family Court of Montgomery County, Alabama | Case Number |
|---|---|---|
| Page 1 of 6 | **DEPENDENT COMPLAINT,**<br>**CUSTODY AFFIDAVIT AND PETITION** | JU 2005  564.03<br>DHR _____<br>Form  Intake |

**My name is** BETTY  Barker / Jessica Griggs  281/72 /9761  5/11/74  421 21 6399
<span style="font-size:smaller">Complainant's name  (COMMON LAW UNMARRIED)  Social Security #  Date of Birth</span>

My Relationship to the Child  Anut ( TO UNCLE  /mother  8/14/85

My address is  3324 Apt B Otis Lane  584 MC 01 F4  FOB STEUBER  APO AE 09393  Cook / military
<span style="font-size:smaller">Complainant's address, city, state and zip code  Occupation</span>

Home Number  334-221-5791    Work Number  334-284-0370

---

**In The Matter Of**  Jessie James Thompkins/Tompkins    DOB 9/10/04
<span style="font-size:smaller">Full legal name of Child or Minor  Social Security #  Date of Birth</span>

( ) see sibling(s) Addendum Page

School and Grade _____  Race  B    Sex  M

The Child lives at this address  845 TERRACE AVE 36116    262-5921
<span style="font-size:smaller">Child's address city, state, and zip code  Telephone number for Residence of Child#</span>

The Child lives with  JESSIE TOMPKINS    How Long 7 MONTHS
<span style="font-size:smaller">Name(s) and relationship of person (s) Child lives with</span>

The name of the Child's Father is  JESSIE TONPKINS    DOB _____
<span style="font-size:smaller">Social Security #  Date of Birth</span>

His residence address is  845 TERRACE AVE  36116  (  ) 262-5921
<span style="font-size:smaller">Father's home address, city and zip code  Father's Telephone Number</span>

Father's Place of Employment  TEACHER    Fathers Work Number  261-400

Does Father Pays Child Support:    Yes_____ /No  X    Amount:$_____

The name of the Child's Mother is  JESSICA  GRIGGS  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  DOB 8/14/85
<span style="font-size:smaller">Social Security #  Date of Birth</span>

Mother's Place of Employment  US. MILITARY    Mother's Work Number  (IRAQ)

Her residence address is  506 COLUMBIA AVE  36108  (  )
<span style="font-size:smaller">Mother's home address, city, state and zip code  Mother's Telephone Number</span>

MILITARY ADD.  584 MC 01 F4 FOB STEUBER APO AE 09393

Does Mother Pays Child Support    Yes_____ /No_____    Amount:$_____

Child's Parents are:    Married/ Never Married/ Separated/ Divorced/ Common Law    (mark one)

Legal Custody of the Child is vested in  Jessie Tompki...    Date of Birth  __/__/__

The Legal Custodian's residence address is  845 Terrace Ave. Montgomery Al. 36116
<span style="font-size:smaller">Address, city, state and zip code of the Legal</span>

Home Telephone Number (  )  262-5921  Work Telephone Number (  ) _____

→ Exh. X ←

FILED<br>JUVENILE COURT<br>APR 11 2006<br>TERESA H. ALLEN<br>JUVENILE COURT CLERK

| Page 2 of 6 | **In The Family Court of Montgomery County, Alabama**<br>**DEPENDENT COMPLAINT,**<br>**CUSTODY AFFIDAVIT AND PETITION** | Case Number<br>JU 2005 56403<br>DHR_____ |
|---|---|---|

**Is the family known to The Department of Human Resources or any other agency:   Yes_____ / No ✓**

If yes for what reason:_____

_____

_____

_____

The Child is **DEPENDENT** and is **IN NEED OF CARE OR SUPERVISION** as defined 12-15-1 *Code of Alabama,* 1975, for the reason(s) checked below:

*Check at least one of the types of dependency listed below*

[ ]   The Child(ren) is destitute, homeless, or dependent upon the public for support.

[ ]   The Child(ren) is without a parent or guardian able to provide for the child's support, training, or education.

[✗]   The Child(ren)'s custody is the subject of controversy.

[ ]   The Child(ren)'s parent, parents, guardian, or other custodian neglects or refuses, when able to do so when such service is offered without charge, to provide or allow medical, surgical, or other care necessary for the child's health or well-being.

[ ]   The Child(ren)'s parent, parents, guardian, or custodian fails, refuses, or neglects to send the child to school in accordance with the terms of the compulsory school attendance laws of

[ ]   The Child(ren) has been abandoned by the child's parents, guardian, or other custodian.

[ ]   The Child(ren) is physically, mentally, or emotionally abused by the child's parents, guardian, or other custodian or who is without proper parental care and control necessary for the child's well-being because of the faults or habits of the child's parents, guardian, or other custodian or their neglect or refusal, when able to do so, to provide for them.

[✗]   The Child(ren)'s parents, guardian, or other custodian, are unable to discharge their responsibilities to and for the child.

[ ]   The Child(ren) has been placed for care or adoption in violation of the law.

[ ]   The Child(ren) is in need of the care and protection of the State of Alabama.

The Child(ren)'s dependency is evidenced by the following facts: *Describe the specific events or conditions that cause the child to be dependent.*
THE JUDGE WARNER REMOVED THE CHILD FROM THE FATHER'S CUSTODY THE MOTHER IS IN IRAQ (returning to IRAQ)

The said child is also in immediate or threatened danger of physical and/or emotional harm and should be immediately removed because JUDGE'S ORDER.

_____

_____

| Page 3 of 6 | In The Family Court of Montgomery County, Alabama<br>DEPENDENT COMPLAINT,<br>CUSTODY AFFIDAVIT AND PETITION | Case Number<br>JU 2005-564.03<br>DHR_____ |
| --- | --- | --- |

## CUSTODY AFFIDAVIT

The Child(ren) have lived at the following addresses during the last five (5) years. *List the complete addresses with dates.*

| Address | City | State | Zip Code | Dates: From and To |
| --- | --- | --- | --- | --- |
| 845 TERRACE AVE | MONT | | 36116 | BIRTH |
| | | | | |
| | | | | |

The names and current addresses whom the child(ren) have lived with during the last five (5) years are: *List the names and current addresses.*

| Name | Address | City | State | Zip Code |
| --- | --- | --- | --- | --- |
| JESSIE TOMPKINS | 845 TERRACE | | | 36116 |
| JESICA GRIGGS | '' '' | | | 36116 |
| | | | | |

Have you participated in other cases concerning custody of the child(ren) in Alabama or another state: *Write "None" or list the dates and locations of the other cases.*

| Date | Location | Date | Location |
| --- | --- | --- | --- |
| | | | |
| NO | | | |
| | | | |

Do you know of any other custody case concerning the Child(ren) pending in Alabama or another state: *Write "NONE" or list the names and complete addresses of these persons*

NO

List anyone you know who is not listed in this document who might claim to have physical custody or visitation with this child. I know of the following persons who are not otherwise identified in this document who have physical custody of the child(ren) or claim to have custody or visitation rights with respect to the Child(ren): *Write "NONE" or list the names and complete addresses of these persons.*

| Name | Address | City | State | Zip Code |
| --- | --- | --- | --- | --- |
| NO | | | | |
| | | | | |
| | | | | |
| | | | | |

| Page 4 of 6 | In The Family Court of Montgomery County, Alabama<br>DEPENDENT COMPLAINT,<br>CUSTODY AFFIDAVIT AND PETITION | Case Number<br>JU 2005 564.03<br>DHR_____ |

I further request that the Court take the following actions to provide the care and supervision necessary to resolve the Child's dependency: *Explain what you want the Judge to do*

I WANT JOINT LEGAL CUSTODY WITH ~~THE N~~.
THE MOTHER. WITH MY HAVING PRIMARY PHYSICAL
CUSTODY UNTIL MOTHER RETURNS FROM IRAQ
APROXIMATELY OCT 2006,

***Notice: A PARENT OR GUARDIAN OF THE SAID CHILD CAN BE MADE A PARTY TO THIS CASE PURSUANT TO 12-15-31 95) *CODE OF ALABAMA 1975.* A PERSON MADE A PARTY TO THIS CASE MAY BE REQUIRED TO PAY ATTORNEY FEES, TO PAY FOR EVALUATION AND TO PAY FOR CARE, SUPPORT, AND SUPERVISION OF THE CHILD. A PERSON MADE A PARTY MAY BE SUBJECT TO OTHER THINGS ALSO. FAILURE TO COMPLY WITH THE ORDERS OF THE COURT CAN ALSO RESULT IN CONTEMPT PROCEEDINGS, AND FAILURE TO MAKE PAYMENTS ORDERED CAN RESULT IN A CIVIL JUDGEMENT FOR THE COLLECTION OF THE PAYMENTS ORDERED.***

I swear that I am informed and believe and state upon such information, knowledge, and belief that the foregoing allegations and facts are true.

Date 4/11/06     Complainant's Signature Betty A. Barker

SWORN TO AND SUBSCRIBED BEFORE ME

4/11/0     _____
Date     Intake Officer / Notary

| RECEIVED AS A VERIFIED DEPENDENT COMPLAINT |
| 4-11-06 10:33A.M Natalie F. Mason |
| Date     Time     Intake Officer |

Page 5 of 6

**In The Family Court of Montgomery County, Alabama**
**DEPENDENT COMPLAINT,**
**CUSTODY AFFIDAVIT AND PETITION**

Case Number
JU 2005-564.03
DHR_____

STATE OF ALABAMA                    *
IN THE FAMILY COURT OF              *
MONTGOMERY COUNTY                   *
JUVENILE DIVISION                   *

IN THE MATTER OF
Jessie James Tompkins Ju- 2005-564.03
_____ Ju-
_____ Ju-

Before me the undersigned authority, personally appeared __BETTY BARKER__ who being known to me first duly sworn, deposes and says as follows: *Explain why you want custody and why the Court should change custody of the child(ren). List facts, dates and witnesses.*

I WANT JOINT LEGAL CUSTODY WITH THE MOTHER
I WANT PRIMARY PHYSICAL CUSTODY UNTIL
MOTHER RETURNS FROM IRAQ

THE MOTHER IS IN IRAQ. JUDGE WARNER
REMOVED THE CHILD FROM THE CUSTODY OF THE
FATHER.
     I CAN CARE FOR THE CHILD & GIVE HIM
A GOOD HOME.

I SWEAR THAT I AM INFORMED AND BELIEVE AND STATE UPON SUCH INFORMATION, KNOWLEDGE, AND BELIEF THAT THE FOREGOING STATEMENTS AND FACTS ARE TRUE.

Date: 4/11/06                    Signature Betty A Barker

SWORN TO AND SUBSCRIBED BEFORE ME THIS __11__ DATE __APRIL__ 20_06_

_____ Intake Officer/ Magistrate/Notary