Date: April 13, 2005

To Whom It May Concern:

I, Jessica Eleain Larry, am allowing, Jessie James Tompkins, Sr., to become the legal guardian of my child/children, Jessie James Tompkins, Jr., during my enlistment in the United States Army. Upon my discharge from the United States Army, the guardianship will be returned to myself.

MOTHER Jessica Larry DATE: 13 April 05

GUARDIAN Jessie Tompkins DATE: 13 April 05

WITNESS Rene K. Patt DATE: 4-13-05

WITNESS Susan Warrington DATE: 4-13-05

IT IS SO ORDERED AND DONE IN THIS COURT,

DALLAS COUNTY PROBATE JUDGE DATE: 4-13-05
STATE OF ALABAMA

DALLAS COUNTY, AL

-A-



B

# DEPARTMENT OF THE ARMY

US ARMY RECRUITING COMPANY MONTGOMERY
BLDG 1510, 3RD FLOOR
MAXWELL AFB-GUNTER ANNEX, AL 36114

REPLY TO
ATTENTION OF:

RCSE-MO-3H5-CDR

6 April 2005

MEMORANDUM FOR RECORD

SUBJECT: Commander's Interview with Larry, Jessica E. (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) for RE Code Waiver

1. During my interview with Ms. Larry, she informed me that in 2004 she was discharged under honorable conditions from the U.S. Army for Chapter 8 of AR 635-200 (pregnancy), with a RE Code of RE-3. She successfully completed BCT and MOS 92A1O AIT, and reported to her first permanent party assignment in Germany. She became pregnant, and had to request discharge for various reasons, mostly dietetic due to pregnancy and the inability of her unit to provide conventional food for her diet during pregnancy. Since her unit was deployed, the only choice was German food at the DFAC. She was losing weight because of her inability to consume this food, and did not have a car to go to a restaurant with conventional food. As a result, she was discharged.

2. Ms. Larry has a family care plan of action in place. The father of the baby, Jessie Tompkins, Sr., would care for her 6-month old son, Jessie. As an alternate, her Aunt, Betty Barker, would care for her son. I counseled Ms. Larry that she must get a formal, written family care plan when she enlists (subject to this waiver request approval), and she had no problems with formalizing the family care plan.

3. Ms. Larry may have lacked good judgement. Perhaps she should have stayed in the Army. However, she regrets her decision, and again wishes to be a part of the Army of One.

4. Request favorable consideration in this matter.

5. POC for this memorandum is the undersigned at (334) 277-7817.

B

CHRISTOPHER M. LOWERY
CPT, AG
Commanding

State of Alabama
Unified Judicial System
Form CS-42 Rev. 10/93

# CHILD SUPPORT GUIDELINES

Case Number: CS 93-1199

IN THE Circuit COURT OF Montgomery COUNTY

Audra Beasley, Plaintiff v. Jessie Tompkins, Defendant

| Children | Date of Birth | Children | Date of Birth |
|---|---|---|---|
| Steven L. Beasley | 02/12/1993 | Audriana A. Beasley | 10/10/1998 |
| Andre O. Beasley | 01/23/1994 | Jmari J. Beasley | 11/07/2001 |
| Terrance J. Beasley | 02/11/1995 | Devin K. Beasley | 03/06/2003 |

| | Plaintiff | Defendant | Combined |
|---|---|---|---|
| 1. MONTHLY GROSS INCOME | 2083. $ 892.60 | 4166 $ 3250.00 | |
| a. Minus Preexisting Child Support Payment | - | - | |
| b. Minus Preexisting Periodic Alimony Payment | - | - | |
| 2. MONTHLY ADJUSTED GROSS INCOME | 2083. $ 892.60 | 4166 $ 3250.00 | 6249. $ ~~4142.60~~ |
| 3. PERCENTAGE SHARE OF INCOME (Each parent's income on Line 2 divided by the Combined Income) | 22 % | ~~78~~ 66 % | |
| 4. BASIC CHILD SUPPORT OBLIGATION [Apply Line 2 Combined to "schedule of basic child support obligations" (Appendix to Rule 32)] | | | 1988. $ ~~1443.00~~ |
| 5. WORK-RELATED CHILD CARE COSTS | | | + 1083.33 |
| 6. HEALTH INSURANCE COSTS | | | + 485.02 164 |
| 7. TOTAL CHILD SUPPORT OBLIGATION (Add lines 4, 5, and 6) | | | $ ~~3011.35~~ 2152. |
| 8. EACH PARENT'S CHILD SUPPORT OBLIGATION (Multiply Line 7 by Line 3) | $ | 1420. $ 2348.85 | |
| 9. ADJUSTMENT FOR PAYMENT OF HEALTH INSURANCE (If obligor pays health insurance, enter amount paid in obligor's column) | | 164. - 485.02 | |
| 10. RECOMMENDED CHILD SUPPORT ORDER (Subtract Line 9 from the amount on Line 8. Leave custodial parent's column blank) | $ | 1256.32 $ 1863.83 | |

Comments, Calculations, or Rebuttals to Guidelines:

In addition to the above amount, the petitioner would like to request retroactive pay of $1,463.83 per month totally in the amount of $20,493.62 plus interest (monies based on defendant estimated pay for 14 months since June 2003 until now). This difference occurred solely on the defendant's action of intentional suppression of his actual income. Please refer to Plaintiff's Motion to Show Cause.

PREPARED BY: [signature] DATE: 8-3-04

88



State of Alabama
Unified Judicial System

Form CS-42 Rev. 10/93

# CHILD SUPPORT GUIDELINES

Case Number: CS-93-1129

IN THE Circuit COURT OF Montgomery COUNTY

Audra Beasley, Plaintiff v. Jessie Tompkins, Defendant

| Children | Date of Birth | Children | Date of Birth |
|---|---|---|---|
| Steven L. Beasley | 02/12/1993 | Audriana A. Beasley | 10/10/1998 |
| Andre O. Beasley | 01/23/1994 | Jmari J. Beasley | 11/07/2001 |
| Terrance J. Beasley | 02/11/1995 | Devin K. Beasley | 03/06/2003 |

| | Plaintiff | Defendant | Combined |
|---|---|---|---|
| 1. MONTHLY GROSS INCOME | $ 892.60 | $ 6,221.00 | |
| a. Minus Preexisting Child Support Payment | - | - | |
| b. Minus Preexisting Periodic Alimony Payment | - | - | |
| 2. MONTHLY ADJUSTED GROSS INCOME | $ 892.60 | $ 6,221.00 | $ 7,113.60 |
| 3. PERCENTAGE SHARE OF INCOME (Each parent's income on Line 2 divided by the Combined Income) | 13 % | 87 % | |
| 4. BASIC CHILD SUPPORT OBLIGATION [Apply Line 2 Combined to "schedule of basic child support obligations" (Appendix to Rule 32)] | | | $ 2,147.00 |
| 5. WORK-RELATED CHILD CARE COSTS | | | + 1,083.33 |
| 6. HEALTH INSURANCE COSTS | | | + 485.02 |
| 7. TOTAL CHILD SUPPORT OBLIGATION (Add lines 4, 5, and 6) | | | $ 3,715.35 |
| 8. EACH PARENT'S CHILD SUPPORT OBLIGATION (Multiply Line 7 by Line 3) | $ | $ 3,232.35 | |
| 9. ADJUSTMENT FOR PAYMENT OF HEALTH INSURANCE (If obligor pays health insurance, enter amount paid in obligor's column.) | - | - 485.02 | |
| 10. RECOMMENDED CHILD SUPPORT ORDER (Subtract Line 9 from the amount on Line 8. Leave custodial parent's column blank.) | $ | $ 2,747.33 | |

Comments, Calculations, or Rebuttals to Guidelines:

In addition to above amount, the petitioner would like to request retroactive pay of $2,347.33 per month totally in the amount of $32,862.62 plus interest (monies based on defendant estimated pay for 14 months since June 2003 until now). This difference occurred solely on the defendant's action of intentional suppression of his actual income. Please refer to Plaintiff's Motion to Show Cause.

PREPARED BY: [signature]

DATE: 8-3-04

D

H

| State of Alabama<br>Unified Judicial System<br>Form CS-41 Rev. 10/93 | CHILD SUPPORT OBLIGATION<br>INCOME STATEMENT/AFFIDAVIT | Case Number |
|---|---|---|

IN THE Circuit COURT OF Montgomery COUNTY

Plaintiff Audra Beasley v. Defendant Jessie Tompkins

AFFIDAVIT

I, Audra Beasley, being duly sworn upon my oath, state as follows:

1. I am the ☑ plaintiff ☐ defendant in the above entitled matter.
   My Social Security number is: 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
2. I am ☐ currently employed. My employer's name and address is:

   ☑ Not currently employed
   My last employer's name and address is: Bell Micro Products

   Last position title: Sales Rep
   Average monthly salary last year of employment: $ 1500.00
3. My gross monthly income includes:
   *(For examples of income that must be included, see back of form. If income varies by month, enter the estimated average monthly income.)*

| | |
|---|---|
| Employment income | $ 0 |
| Self-employment income | |
| Other employment-related income | |
| Other non-employment related income | |
| Total | $ 0 |

3a. I incur the following amount monthly for child-care. $ None *(If none, write "None")*

3b. The child(ren) of the parties is/are

☐ not covered by health insurance from me and/or my employer.

☐ covered by health insurance and I pay the following amount monthly for the insurance coverage $ None *(If none, write "None")*

4. I understand that I will be required to maintain all income documentation used in preparing this affidavit *(including my most recent income tax return)* and that such documentation shall be made available as directed by the court.
5. I understand that any intentional falsification of the information presented in this income statement/affidavit shall be deemed contempt of court.

Sworn to and subscribed before me this ____ day of ________, 19___

____________________
Notary/Clerk/Register

[signature]
Affiant

0311

STATE OF ALABAMA
CONTINUATION

CASE: JU 2005 000564 01
JUDGE: PATRICIA D WARNER

IN THE JUVENILE COURT OF MONTGOMERY COUNTY, ALABAMA
NAME: TOMPKINS JESSIE JAMES JR
ADDR: 13180 U S HWY 80 EAST
PIKE ROAD AL 36064
DOB: 09/10/2004
RACE: B SEX: M
SCHOOL:
PHONE: 334-669-5921
CHARGE: DEPENDENT/ABUSE/NEGL TYPE: DEPENDENT
PET DATE: 06/28/2005 IO: SUMMERS JULIA
COM DATE: 06/21/2005 CA: PO:
CA DATE: 00/00/0000

CHILD'S ATTY: TAYLOR JULIANA TYPE: APPOINTED
DHR'S ATTY: DEPT OF HUMAN RESOURCES TYPE: RETAINED
MOTHER'S ATTY: COX TYLER LAMAR TYPE: RETAINED
FATHER'S ATTY: DRUMMOND ROBERT DEAN JR TYPE: RETAINED

| DATE | ACTIONS, JUDGEMENTS, CASE NOTES |
|---|---|
| 10-6-05 | Notice of appearance by Counsel filed by atty M. McBeal. TEW |
| 10-6-05 | DHR Home evaluation report Filed. TEW |
| 10-11-05 | Case called. Juliana Taylor appointed to represent child. Prior GAL withdrew bc he accepted employment of City). T Cox + M. McBeal for Mother, Jackie Jackson case worker, R. Drummond for father. Case continued by agreement of all parties to allow for discovery... possibility that mother may be deployed soon. Child to remain in father's custody status quo. Set for trial 1/10/06 @ 9:30 A.M. (PDW) Parties served in Court. |
| 12-2-05 | Motion to Stay Case Under Soldiers' & Sailors' Relief Act & Motion to place on Administrative Docket Filed. TEW |
| 12/6/05 | Motion granted. Case placed on Admin Docket until Mother returns from deployment in Iraq. Counsel for mother to notify Ct of her return. Status quo to be maintained as to Custody. (PDW) |
| 3/14/06 | Petitioner's Motion for C/S w/ docs attached is placed on admin docket pursuant to Soldiers + Sailors Relief Act. C/S to be determined at final hearing. Petitioner shall have no contact w/ Mother, Mother's C.O., her military unit or DFAS pending further Orders of Ct. Docs attached to Petitioner's Motion are unverified + not notarized. (PDW) |

(10705720051) TEW

This Document Certified to be a true and correct copy.
DONE this 10th day of March, 2006.
Teresa H. Allen (ENS)
JUVENILE COURT CLERK

Exh. F

**Montgomery County Youth Facility Faculty**
**Teacher Attendance/Pay Log**
**2004 – 2005**

11-15 Apr 05

| Name | Date | In | Out | Signature |
|---|---|---|---|---|
| Tompkins | | 730 | 315 | [signature] |

To Whom It may Concern:

Jessie Tompkins was present and working on 4-13-05.

Tom Barker, Principal
Montgomery County Youth Facility
261-4100 ext. 297 wk #
274-9894 Home #

Exh. G

| NAME: LARRY, JESSICA ELEAIN | SSN: 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 |
|---|---|

discharge.

b. I understand that I have enlisted in an MOS that is taught in the OSUT mode. I may be required to complete all or a portion of Basic Training, regardless of the period of my break in service.

c. I am the parent of  JESSIE JAMES TOMPKINS JR  and certify that the child(ren) has/have previously been placed and is/are in the custody of the other parent or another adult by court order. I further certify the custody agreement was and is intended to remain in full force and effect during the term for which I am now enlisting. I understand that if I regain custody of this/these child(ren), either by court decree, or in accordance with applicable state law, or if the child(ren) is/are residing with me in lieu of the legal custodian, I will be processed for involuntary separation for fraudulent entry unless I can show that the regaining custody is not contrary to the above stated intent; (eg. death or incapacity of other parent or custodian).

### WARNING—READ CAREFULLY

(1) I HEREBY CERTIFY THAT NO PERSON, AGENCY OR MEMBER OF THE ARMY, TO INCLUDE MY RECRUITER OR GUIDANCE COUNSELOR HAS REQUIRED ME TO GIVE UP CUSTODY OF MY CHILD(REN) AS A CONDITION FOR ENLISTMENT. I UNDERSTAND THAT THE ARMY MERELY RECOGNIZES THAT SOME PERSONS FOR PERSONAL REASONS MAY HAVE RELINQUISHED CUSTODY OF THEIR CHILD OR CHILDREN.

(2) I FURTHER STATE THAT NO PERSON, AGENCY OR MEMBER OF THE ARMY HAS ADVISED ME THAT I WILL BE ALLOWED TO REGAIN CUSTODY OF MY CHILD(REN) WHILE IN THE ARMY, NOR HAS GIVEN ME ANY PERCEPTION OR ASSURANCE THAT THE POLICY AS STATED ABOVE IS WAIVEABLE OR NOT UPHELD ONCE ENLISTED.

d. I have provided my recruiter or and Guidance Counselor all information required on my application for enlistment. I certify that I have read and fully understand the contents of this form and that no one has told me to conceal any information. I further state that all of the documents such as my birth certificate, high school or college transcripts, diplomas, social security card, or other documents in my enlistment or appointment packet are mine and were not falsified. It is prohibited to have anyone assist me in taking the Armed Services Vocational Aptitude Battery (ASVAB). I certify that no one has given me any answers to the test questions and that the scores I achieved were through my own efforts and I received no assistance taking the ASVAB.

(1) I am aware that I must reveal all criminal offenses, cases, and arrests to include juvenile and those charges that have been expunged, dismissed, set aside, or not prosecuted. I must reveal all responsibilities I have with respect to children or spouse. I must reveal all prior military service.

(2) I have not concealed any medical information and I further state that If anyone has told me to conceal, omit from my application, or falsify any information I must report any misconduct on anyone's part that is involved with my recruiting process immediately to the recruiting battalion executive officer.

(3) That no person has advised me to conceal any information with respect to my enlistment.

e. Failure to report on date specified above will result in cancellation of my Regular Army enlistment reservation without notification. Willful failure to report may result in denial for enlistment for up to 2 years. If the option, MOS, or assignment provided above is canceled, changed, or becomes unavailable before I enlist into the Regular Army, I will be given the opportunity to select another option.

f. *(Applies only to members of USAR, ARNG, or a unit of another Reserve Component.)*

3. My current military service obligation is not changed by this agreement. If I am currently participating or assigned to a unit of the USAR, ARNG, or a unit of another Reserve Component, I understand that this agreement does NOT relieve me of any requirement to satisfactorily participate, attend drill, annual raining, or other duties in association with my Reserve commitment up to 7 days prior to my scheduled reporting date as reflected above.

*/L*



*The Centennial Hill Gardening Project, Inc.*
640 WATTS STREET
MONTGOMERY, AL 36104
**PHONE (334) 264-5111 FAX (334) 264-5777**
www.chrenovations.org

The Centennial Hill Gardening Project (CHGP) is a 501(c) 3 organization whose mission is to improve the living conditions in the historic Centennial Hill community.

The Centennial Hill community was the first prominent African-American neighborhood to develop in Montgomery after the Civil War. This community was once a beacon of education in Montgomery with many schools such as Swane College, Miss White's Industrial School for Girls, and Alabama State Teachers College. At the present, 67% of residents between the ages of 18-25 do not have a high school diploma. During the Civil Rights Movement, the area was self-sufficient with a thriving business district of working class residents. The streets were lined with beautifully painted homes and neat clean lawns. With a combination of heir property, urban flight, and owners on fixed income, 27% of the structures are vacant and boarded. As a result of the vacancies, lack of education, current unemployment rate, and crime; this community has fallen in dire need of reconstruction and revitalization.

Through awareness and involvement, CHGP recognizes the importance of reviving its community to become once again the mecca for family and business. CHGP, through its mission and goals, pledges to work with community activist, politicians, the faith community, business leaders, and residents to ensure the community preserves history and cultural heritage.

Our Goals:

- To develop programs that enhance personal growth and promote community pride (GED, Finance, Life Skills, Neighborhood Association)
- To re-create available open spaces into vegetable and flower gardens, open grass areas and play areas for adults and children.
- To renovate and rehabilitate existing, available structures for alternative uses
- To build new houses sensitive to the historic character of the area
- To create a cultural center to emphasize and honor the musical and cultural contributions to the city, country and the world.

J



*The Centennial Hill Gardening Project, Inc.*
P. O. BOX 5137 - 640 WATTS STREET
MONTGOMERY, AL 36104
**PHONE (334) 264-5111 FAX (334) 264-5777**
www.chrenovations.org

# PROGRAMS

**GARDENS- The Project works to convert some of the 100 vacant lots in Centennial Hill into productive and aesthetically pleasing open spaces. The Project has converted two empty lots into a herb garden and 4,000 square foot vegetable garden. Residents are free to harvest the produce of these gardens as they need, no questions asked.**

**In addition, The Project is working with several college students and a local property owner to develop a small park for play and exercise.**

**BASKETBALL- The Project has been sending local boys to Rob Spivery's Alabama State University Basketball Camp for the past three years. Over the past two summers, The Project has also sponsored a city-wide basketball league in which over 100 boys and girls compete.**

**ART- A local artist offered to provide art classes to students in the community if we could provide the space and materials. Several students from the community have and are learning to paint in oils. There work has been displayed at the Coliseum and Main branched of the Montgomery Public Library.**

**SCIENCE, MATH AND TECHNOLOGY CAMP- During the summer of 2003, The Project was able to sponsor a two week science, math and technology camp for students in middle school and high school. The curriculum was based on the NASA CONNECT series and was taught by a certified High School science teacher.**

**GED- At the request of a resident, The Project opened a GED program to service the Centennial Hill/Tulane Court communities. While this area is our primary focus, students come from all across the city and county. In addition to conventional print materials, computers are available for self paced study. Classes are held from 8AM until 12 AM, Monday through Friday.**

**HOUSING- One third of the houses in Centennial Hill are vacant. That is approximately 100 houses. The Project has purchased several of these and is renovating them for sale to low- to moderate- income families. After each sale, the proceeds will be rolled over to purchase, renovate and sell another house. In this way, The Project will reverse the tide of deteriorating houses that will unleash private incentives for individuals to buy, renovate and inhabit houses in the community.**

J-1

# City of Montgomery, Alabama

Planning & Development
Ken Groves, Director

Bobby N. Bright
Mayor

Montgomery City Council Members
Charles W. Jinright—President
James A. Nuckles—Pro tem
Willie Cook
Cornelius Calhoun
Tim Head
Janet Thomas May
Glen O. Pruitt, Jr.
Martha Roby
Jim Spear

May 24, 2005

Dear Homeowner Rehabilitation Applicant:

Thank you for your patience while waiting for assistance from the City of Montgomery's Home Rehabilitation and Emergency Repair Programs. We are working hard to provide quality services to each of you. However, we have a great number of qualified applicants, and it will take time to reach your home. Therefore, below is a list of other housing assistance options that may be of help to you:

**Consumer Credit Counseling Service of Alabama - Reverse Mortgage Program ▪ Phone:** (334) 265-8545 ▪ **Purpose:** This program is designed for homeowners, over the age of 55, who plan to remain in their homes for life. Please remember to study the details of this program carefully to determine if this is the best choice for your family.

**Central AL Regional Planning & Development Commission (CARPDC)** – Montgomery County Weatherization Assistance Program ▪ **Phone:** (334) 262-4300 ▪ **Purpose:** This program helps with the repair of windows and doors for low-income homeowners who meet all of the program's requirements.

**Banking Institutions – Second Mortgage Option ▪ Phone:** Contact your bank for more information. ▪ **Purpose:** Homeowners have the option to use the equity (value) in their homes to borrow money from the bank. These funds can be used to make repairs to the home.

**Rebuilding Together** (formerly known as *Christmas in April*) ▪ **Phone:** (334) 262-9969 ▪ **Purpose:** Offers home repair services to low-income homeowners who meet all of the program's requirements. Services are primarily designed for the elderly.

**Neighbors in Christ ▪ Phone:** (334) 271-3313 ▪ **Purpose:** Offers minor home repair services for victims of crime.

If you need additional information after contacting the programs listed above, please call 241-2735. Again, we thank you for your patience.

Sincerely,

Desmond Wilson, Grants Coordinator
Community Development Department

c: Candy Capel

K





FOOTBALL MOMS

ON THE SIDELINE

SBYFCC
2006

Spring Break Charity Bazaar

Supported by the Boys and Girls Club of South Central Alabama and Councilman Cornelius (C.C.) Calhoun

## 1st Annual Spring Break Youth Football/Cheerleader Camp

To All Interested Individuals:

We are hosting a three day camp at the Crampton Bowl for the youth football players and their cheerleaders during the spring break week of March 23-25, 2006. The youth football camp is designed for children aged 6-13 that play or have the desire to play recreation football or to cheer. The cost for this event for the campers is $55.00.

During the Youth Football/Cheerleader Camp, players will be instructed age-appropriately by NFL players, coaches, and the youth football staff in a fun and exciting atmosphere. The goal of the camp is to introduce the game of football to children by teaching the fundamentals of the game.

We will also cover the basic rules of the game, safety and sportsmanship. The cheerleaders will be instructed on the techniques and learn new cheers for their team. Upon completion of the camp, the players will have the opportunity to compete in a flag football game, receive autographed memorabilia, and a luncheon.

We are currently recruiting volunteers to assist in the camp from the cheerleader staff, football coaches in every position on the field to the support staff. Your participation and knowledge would be greatly appreciated. If this camp is of interest, please mail us the form below and you will shortly receive a confirmation letter for your participation.

All participants will receive a goodie bag (including a t-shirt) on the day of the event. For more information call Audra Beasley at 334- 279-1319 or Alva Wilson 334-271-0857.

---

**Please mail form back to:**
Football Moms on the Sideline, P.O. Box 57, Mt Meigs, Al 36057

Name: ____________________________________________

Address: ______________________________ State: ____________ Zip __________

Phone: ____________________

Area of Expertise:

____________________________________________





*City of Montgomery, Alabama*

**Director, Planning & Development**

**June 28, 2005**

**Dear TOMPKINS JESSIE FOR**

**Your presence is requested by the City of Montgomery Planning & Development Department at a public involvement meeting for the Centennial Hill Area. The meeting will be held on July 16, 2005, at 9:00 a.m. at Tullibody Hall on University Drive. (If you enter ASU on Jackson, turn left onto University Drive, Tullibody will be the second building on your left. If you enter campus from Hall Street, Tullibody Hall will be on your right, just before you get to Jackson Street.) You may park behind Tullibody Hall, across the street at Levi Watkins Learning Center or by John Busky Health Center.**

**This meeting will be the first of a series of neighborhood meetings that will culminate in a formal comprehensive plan for the city. Citizen participation is an important element of the plan as well as the various aspects of planning, i.e. zoning, land use, and design standards. Since this meeting is critical to the planning process, we would encourage all interested persons to participate, become familiar with the process, and contribute ideas to ensure that the plan and the process is as diverse and comprehensive as possible. Neighbors participating in this series of meetings will be making decisions that will affect the entire area. It is important that we know your desires for growth and change in your neighborhood.**

**Councilwoman Janet May is sponsoring this meeting and will provide lunch during the meeting.**

**Should you have any questions prior to the meeting, you may contact Nita Hendrix at 241-2713 for Lynda Wool at 241-2066.**

**Sincerely,**

**Ken Groves, AICP**

M

cubierae@cubierae.com

## Work Experience

July '91 to Present - **Cuble Rae Hayes, Public Relations**, Montgomery, AL : **Political Consultant, Marketing, Promotions, and Events Coordinator**
Noted accomplishments include **the successful campaigns of Circuit Court Judge Patricia Warner**, Circuit Court Judge Anita Kelly, Board of Education member Beverly Ross, City Councilperson Martha Roby, former Circuit Judge Sally Greenhaw, **City Councilman Cornelius Calhoun** and former City Councilman Terance Dawson. Also assisted the campaigns of State Board of Education member Ella Bell, Board of Education member Mary Briers, County Commissioner Reed Ingram, County Commissioner Dimitri Polizos, Mayor Bobby Bright, former Councilman Tracy Larkin and Councilman James Nuckles, Probate Judge Reese McKinney, District Judge Peggy Givhan, Circuit Judge Johnny Hardwick, Rep. John Knight, Rep. Thad McClammy and Senator Quinton Ross. Fundraisers for the Nat King Cole Society (1998-present); co-coordinator of the ASU Basketball Team's SWAC Championship Awards Banquet at the RSA Activity Center (2001), Organizer of the Children's Festival for the Thelma Morris Elementary School (1999), and special assistant to The Montgomery-Tuskegee Times Black History Awards for past 17 years;
Coordinator of the Montgomery Transportation Coalition's Celebration of the 46th Anniversary of the Arrest of Rosa Parks and the 1st Anniversary of Montgomery's Renewed Transit System.; Coordinator of a tri-county rally against the proposed Waste Dump by the Historical Trail on behalf of the Mayor of Lowndesboro *(Mayor Nichols)*, the citizens of Lowndes County and surrounding areas; Special Assistant to the founder of Dr. Martin Luther King's Birthday Celebration for the Montgomery Heritage Museum held at Dexter Avenue Memorial Baptist Church for the past 13 years, and Special Assistant to Rep. Alvin Holmes for all of his public programs and rallies. Served as Media Coordinator for the 43rd National Convention of the Southern Leadership Conference for its president, Dr. Martin Luther King, Jr.
Serve as masters of ceremonies for many church, civic and political events.
**1994 – November, 2001- Gospel Announcer** for daily two-hour radio program on WAPZ Radio in Wetumpka.
**1993 - Present - Editor of the Montgomery Westside Weekly Newspaper**
**1978 -'91 - News and Public Affairs Director, Gospel Announcer, Gospel Video Talk Television Program Host** for WAPZ Radio in Wetumpka, WXVI Radio and WZHT Radio in Montgomery, AL.
Noted programs included: Food Basket Drives; the Halloween House *(Choosing Heaven Or Hell – The Choice Is Yours!)*; The We All Must Pray and Zip It for Charleston *(WAPZ's immediate response to collect donations of money and food for Charleston, South Carolina after the tornado.)*; *The* Toys For Tots and Food For The Needy at Christmas; The First Annual Fall Open Tennis Tournament at ASU (now in its 22nd year and has recently been named in memory of the founder Claudine Lee) as well as many other community programs.
**1983 – '89 -Producer and host for "In Touch" a 30-minute taped public affairs program.** Identified topics, coordinated guests and on-camera host.
**1986 – '88 - Public Information Specialist for the Montgomery County Commission.** Montgomery, AL. Directly responsible to Commission in independently handling their constituents' inquires; responsible for correspondence and press conferences; assisted other County departments, agencies and organizations as requested; official County government spokesperson and photographer; created slide presentations for informational and educational purposes; attended Commission meetings to assist media/public.
Noted accomplishments include Editor of the first Montgomery County Employees' Newsletter – *The Communicator*, Coordinated United Way Campaign reaching over 100% goal for three years and organized and implemented the first County Employees' Picnic. Coordinated special events, i.e. Detention Facility Open House and Dedication of the new Courthouse – developed appropriate program brochures and directed the press conferences).
**1984 – '86 - Clerk Steno III with the duties as Administrative Secretary to the Deputy Administrator and Administrative Assistant to the Commission.** Montgomery, AL. Compiled data for administrative and public reports; explained legal and technical departmental policies; coordinated manpower documents and personnel hired by the County; entered data on computer terminal for inventory control system; developed public awareness programs for the City-County Personnel Department; developed an informational pamphlet introducing and simplifying the Shouptronic Voting Machines currently being used *(Note: This was the first introduction of the new*


# City of Montgomery, Alabama

Dorian D. Brunson
Inspections Department

Bobby N. Bright
Mayor

Montgomery City Council Members
Charles W. Jinright—President
James A. Nuckles—Pro tem
Willie Cook
Cornelius Calhoun
Tim Head
Janet Thomas May
Glen O. Pruitt, Jr.
Martha Roby
Jim Spear

4/24/2006

Jessie Thompkins
C/o Thompkins Edna 845 Terrace Ave
Montgomery, AL 36106

Dear Jessie Thompkins:

A resolution being submitted to the City Council for the costs of abating an unsafe structure on the property described below will be presented at its May 2, 2006, 10:00 AM public meeting, in the Council Chambers at City Hall.

If you wish to contest the amount of the demolition cost, you are requested to appear at the City Council meeting dated above.

Unless modified by action of the City Council, the amount below shall constitute a special assessment against the property upon which the structure was located, and, thus made and confirmed, shall constitute a lien on said property.

**LOCATION OF VIOLATION**

Jessie Thompkins
C/o Thompkins Edna 845 Terrace Ave
Montgomery AL 36106

Housing Code
2005 - H0732

Property 400 Troy St
Parcel 03 11 6 24 1 14 26 0
Size 22X100

General description: Northwest Corner Of Troy And Belview

Assessed description: Lynwood Sub
Plat Bk 003 Page 004
8/18/98

Lot 19 Blk 1
State Land Sale Purchase Dated

Contractor Charge $ 1499

Balance: $ 1499

Sincerely,

Housing Code Division
2005-H0732

-0-

P. O. Box 1111 ♦ Montgomery, Alabama 36101-1111 ♦ Phone (334) 241-2068 ♦ Fax (334) 241-2226



# City of Montgomery, Alabama

Dorian D. Brunson
Inspections Department

Bobby N. Bright
Mayor

Montgomery City Council Members
Charles W. Jinright—President
James A. Nuckles—Pro tem
Willie Cook
Cornelius Calhoun
Tim Head
Janet Thomas May
Glen O. Pruitt, Jr.
Martha Roby
Jim Spear

05/02/2006

Steven Tompkins
00845 Terrace Ave
Montgomery AL 36106

Dear Property Owner:

You are hereby notified that the condition of the property described below constitutes a public nuisance in violation of Municipal Ordinance 29-2002 due to the weed and/or grass conditions on the property.
Notice is hereby given that at **5:00PM**, on the **16th** day of **May, 2006**, the attached resolution regarding the nuisance condition(s) described shall be considered by the Council of the City of Montgomery. If the nuisance condition has not been abated by said date, the City Council shall consider the resolution to declare such condition to be a public nuisance.
Once the resolution is passed, the nuisance must be abated by the **22nd** day of **May, 2006** or a public hearing will be scheduled before the City Council to consider whether abatement shall be ordered and the costs assessed against the property listed above. If abatement is ordered, the cost of the abatement along with an administrative fee shall be assessed upon the property on which the nuisance exists and the total cost shall be added to the next regular taxes levied against the property.

ONCE NOTICE OF THE PUBLIC HEARING IS SENT, THE $150.00 ADMINISTRATIVE FEE WILL BE ASSESSED EVEN IF THE NUISANCE IS ABATED BY YOU PRIOR TO THE PUBLIC HEARING. IF YOU WISH TO AVOID THE IMPOSITION OF THIS FEE, THE NUISANCE DESCRIBED BELOW MUST BE ABATED AND THE CITY OF MONTGOMERY NOTIFIED OF THE ABATEMENT BY 8:00 A.M. ON THE 22ND DAY OF MAY, 2006.

**WEEDS, CUT UP TO PROPERTY LINE**

It is important that you contact the City of Montgomery Housing Code Division at 241-2068 as soon as the nuisance is abated so that further proceedings and costs can be avoided. **If the property has been sold and is no longer owned by you, please advise us as to when and to whom the property was sold.**

Steven Tompkins
00845 Terrace Ave
Montgomery, AL 36106

Housing Codes
2006 - 04026
706

Property 00322 Auburn St
Parcel 03 11 6 24 1 4 15 .000
Size 37.5 X 100
Loads 0

General description North East Corner Of Carver St

Assessed description Goode Resub S/2 Lot 9
Plat Bk 008 Page 082

Lot 19 Blk #
C/s 03 94 0119 11/22/96

Sincerely,

Johnny Redding
Housing Code` Inspector

-0-

P. O. Box 1111 ♦ Montgomery, Alabama 36101-1111 ♦ Phone (334) 241-2068 ♦ Fax (334) 241-2226



# City of Montgomery, Alabama

12/14/2005

Steven,andre & Terrence Tompkins
C/o Jessie Tompkins Est 845 Terrace Ave
Montgy Al, AL 361060000

Dear Steven,andre & Terrence Tompkins:

A resolution being submitted to the City Council for the costs of abating an unsafe structure on the property described below will be presented at its December 20, 2005, 5:00 PM public meeting, in the Council Chambers at City Hall.

If you wish to contest the amount of the demolition cost, you are requested to appear at the City Council meeting dated above.

Unless modified by action of the City Council, the amount below shall constitute a special assessment against the property upon which the structure was located, and, thus made and confirmed, shall constitute a lien on said property.

**LOCATION OF VIOLATION**

Steven,andre & Terrence Tompkins
C/o Jessie Tompkins Est 845 Terrace Ave

Housing Code
2005 - H0745

Property 322 Auburn St
Parcel 03 11 6 24 1 4 15 0
Size 37.5 X 100

General description Northeast Corner Auburn St And Carver St

Assessed description Geode Resub S/2 Lot 9
Plat Bk 008 Page 082

Lot 19 Blk #
C/s 03 94 0119 11/22/96

Contractor Charge $ 1,607.00

Balance: $ 1,607.00

Sincerely,

Housing Code Division
2005-H0745





# CITY OF MONTGOMERY

HOUSING AND CODES DEPARTMENT
P.O. BOX 1111
MONTGOMERY, ALABAMA 36101-1111
(334) 241-2068

DATE: 2/16/05

INVOICE NUMBER: 2005 000196

RESOLUTION NUMBER: 266-2004

RECORD NUMBER: 2004 08844

STEVEN TOMPKINS
00845 TERRACE RD
MONTGOMERY AL 36106

PROPERTY ADDRESS: 02252 HERCULES ST

SIZE: 25 X 100

PARCEL NUMBER: 03 11 06 23 01 017 050 000

GENERAL DESCRIPTION OF PROPERTY:
NORTH SIDE OF HERCULES ST
5TH PARCEL EAST OF MICHAEL ST

ASSESSED DESCRIPTION:
WASHINGTON HGTS LOT 16 BLK 1
PLAT BK 002 PAGE 072 1994 TAX SALE
C/S #03 95 0195 DEED # 49153 05/18/01

COST OF ABATING: $.00

ADMINISTRATIVE COSTS: $60.00

TOTAL COST: $60.00

IF THIS BILL IS NOT PAID WITHIN THIRTY (30) DAYS, IT SHALL BE TURNED OVER TO THE MONTGOMERY COUNTY TAX COLLECTOR TO BE COLLECTED IN THE SAME MANNER IN WHICH PROPERTY TAXES ARE COLLECTED AND SHALL BE SUBJECT TO THE SAME PENALTIES AND THE SAME PROCEDURE ON FORECLOSURE AND SALE AS DELINQUENT PROPERTY TAXES. A LIEN WILL ALSO BE RECORDED AGAINST THE PROPERTY IN THE JUDGE OF PROBATE OFFICE, MONTGOMERY, ALABAMA.

MS WILLA DARBY

PLEASE REMIT CHECK OR MONEY ORDER PAYABLE TO CITY OF MONTGOMERY TO THE ADDRESS ABOVE AND INCLUDE A COPY OF THIS INVOICE TO ENSURE PROPER CREDIT.

SEBP 3/04

-R-




Dorian D. Brunson
Inspections Department

Bobby N. Bright
Mayor

Montgomery City Council Members
Charles W. Jinright—President
James A. Nuckles—Pro tem
Willie Cook
Cornelius Calhoun
Tim Head
Janet Thomas May
Glen O. Pruitt, Jr.
Martha Roby
Jim Spear

04/10/2006

Jessie Tompkins
00845 Terrace Ave
Montgomery, AL 36106

Dear Jessie Tompkins,

A resolution being submitted to the City Council for the costs of abating the weed and/or grass condition on the property described below will be presented at **5:00 PM** , on the **18th** day of **April**, **2006** in the Council Chamber at City Hall.

If you wish to contest the amount of the abatement cost, you are requested to notify the Housing Code Division at least five days before the above council date at 241-2068.

Unless modified by action of the City Council, the amount below will be submitted to the Montgomery County Tax Assessor to be collected in the same manner in which property taxes are collected. The charges shall be subject to the same penalties and the same procedure on foreclosure and sale as delinquent property taxes. A lien will also be recorded against the property in the Montgomery County Judge of Probate Office.

| | | | |
|---|---|---|---|
| 45 Jessie Tompkins | Housing Codes | Property | 02310 Roosevelt St |
| 00845 Terrace Ave | 2005 - 10985 | Parcel | 03 11 6 23 1 16 34 0 |
| Montgomery AL 36106 | 351-2005 | Size | 75 X 100 |
| | 702 | Loads | 0 |

| | | |
|---|---|---|
| General description | North Side Of Roosevelt St | 2nd Parcel West Of Michael |
| Assessed description | Shreve Plat<br>Plat Bk 002 Page 053 | Lot 26 Blk 2<br>Also Lots 27 & 28 |
| Contractor Charge | $ 75.00 | Objection Filed: |
| Administrative Charge | $ 150.00 | Balance: $ 225.00 |

Sincerely,

Housing Code Division

-S-



# City of Montgomery, Alabama

04/03/2006

Elaine V Barbih
00845 Terrace Ave
Montgomery, AL 36106

Dear Elaine V Barbih,

A resolution being submitted to the City Council for the costs of abating the weed and/or grass condition on the property described below will be presented at **5:00 PM** p.m., on the **18th** day of **April**, **2006** in the Council Chamber at City Hall.

If you wish to contest the amount of the abatement cost, you are requested to notify Housing Codes and Inspection at least five days before the above council date at 241-2068.

Unless modified by action of the City Council, the amount below must be paid within 30 days of the passage of the attached resolution. If not paid, the City may collect said charge through court action or any other lawful means.

60 Elaine V Barbih
00845 Terrace Ave
Montgomery AL 36106

Housing Codes
2005 - 10177
221-2005
702

Property 02349 Hercules St
Parcel 03 11 6 23 1 21 5 0
Size 25 X 100
Loads 0

General description: South Side Of Hercules St — 1st Parcel East Of 2351 Hercules

Assessed description: Washington Hgts, Plat Bk 002 Page 072 — Lot 12 Blk 3

Contractor Charge $ 0.00
Administrative Charge $ 150.00

Objection Filed:
Balance: $ 150.00

Sincerely,

Housing Code Division



**IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA**

**JUVENILE COURT DIVISION**

**IN THE MATTER OF )**
**JESSIE TOMPKINS, JR., )**
**DOB 9/10/04 )**
)
)
) **CASE NO. JU-05-564.03**
)
)

**MOTION TO WITHDRAW**

**COMES NOW, ADLER "NIKKI" ROTHSCHILD,** counsel of record for Betty Barker, and files this Motion for Withdraw and as grounds states the following:

During court it was discovered that Adler "Nikki" Rothschild represented the father Jessie Tompkins as contract attorney in the filing of the original custody petition in this case.

**WHEREFORE PREMISES CONSIDERED**, counsel requests this Honorable Court to grant this motion and allow new counsel to be appointed..

Respectfully submitted this the 11 day of April, 2006.

Adler "Nikki" Rothschild

OF COUNSEL:
ZIMMERMAN & ROTHSCHILD, LLC
608 S. Hull Street
Montgomery, Alabama 36104
(334) 262-2400

-U-

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing document has been served on counsel listed below by placing a copy of the same in the United States mail postage prepaid and properly addressed on this the 11 day of April, 2006.

Juliana Taylor, Esq.
Guardian Ad Litem
430 S. Decatur Street
Montgomery, Al 36104

Mitch McBeal, Esq
7027 Halcyon Park Dr.
Montgomery, Al 36117

Jessie Tompkins Sr., pro se
13180 Highway 80 East
Pike Road, Al 36064

OF COUNSEL