AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE _____ District of Alabama

Jessie Tompkins SR,

V.

Judge John Jones et Al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06CV325-WKW

TO: (Name and address of Defendant)

Juliana Taylor, Esquire, "Guardian Ad Litem"
430 South Decatur St
Montgomery, AL 36104

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jessie Tompkins
13180 U.S. Hwy 80 E,
Pike Road, AL 36064

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett _____   May 5, 2006 _____
CLERK                                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Middle_ District of _Alabama_

Jessie Tompkins SR

V.

Judge John Jones
   ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06CV325-KW

TO: (Name and address of Defendant)

Ms. Betty Barker
3324 Apt B. Otis Lane
Gibbs Village
Montgomery, AL. 36108

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jessie Tompkins
13180 U.S. Hwy 80 E
Pike Road, AL. 36064

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                           May 5, 2006
CLERK                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Middle_ District of _Alabama_

Jessie Tompkins SR,

v.

Judge John Jones

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06CV325 WKW

TO: (Name and address of Defendant)

City of Montgomery
103 North Perry St
Montgomery, Ala. 36103

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jessie Tompkins
13180 U.S. Hwy 80 E,
Pike Road, Al 36064

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

DATE  May 5, 2006

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

__MIDDLE__ District of __Alabama__

Jessie Tompkins SR.

v.

Judge John Jones
 et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06cv325-W

TO: (Name and address of Defendant) C/O Teresa Allen
Montgomery County
Youth Facility
1111 Airbase Blvd
Montgomery, AL. 36108

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jessie Tompkins
13180 U.S. Hwy 805
Pike Road, AL. 36064

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                    May 5, 2006
CLERK                               DATE

(By) DEPUTY CLERK