IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JESSIE TOMPKINS, SR.,                    )
                                         )
            Plaintiff,                   )
                                         )
v.                                       )      CIVIL ACTION NO. 2:06CV325-WKW
                                         )      [WO]
JUDGE JOHN JONES, et al.,                )
                                         )
            Defendants.                  )

## ORDER ON MOTION

On 3 May 2006, the plaintiff filed a Motion For Default Judgment against Jessica Larry, a defendant in this case (Doc. # 13). Upon consideration of the motion, and for good cause, it is

ORDERED that the motion is DENIED. Although Jessica Larry was served with a copy of the summons and complaint on 11 April 2006 and her answer was due on 1 May 2006 (See Doc. # 9), the court is currently considering the Recommendation entered on 21 April 2006 which advised dismissal of all claims against Jessica Larry with prejudice. The court's ruling on the Recommendation will instruct the defendants regarding the proper course of action, and the defendant is not deemed in default.

DONE this 8th day of May, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE