**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 MAY -8  A 11: 26

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

JESSIE TOMPKINS Sr.                  *

       Plaintiff,                        *

VS                                    * CASE NO. 2:06CV325.WKW

JUDGE JOHN JONES,                     *
JUDGE PATRICIA WARNER,
JESSICA LARRY,                        *
AUDRA BEASLEY,
CAPT. CHRISTOPHER LOWERY,             *

      Defendants.

---

SUPPLEMENTAL MOTION FOR DEFAULT JUDGEMENT

COMES NOW, the Plaintiff Jessie Tompkins, Pursuant to F.R.C.P. 55 (a) (b) (1), hereby submit this motion for default judgement against defendant Jessica Larry, Audra Beasley, and Captain Christopher lowery. Each of the named defendants have been served as follows :

1. Ms. Larry was personally, served on April 11th 2006, by a private server. The defendant was required to answer the Plaintiff's complaint within twenty days of service and has failed to defend this action against her.

2. Ms Audra Beasley was personally, was served on April 13th 2006, by a private server. The defendant was required to answer the Plaintiff's complaint within twenty days of service and has failed to defend this action against her.

3. Captain Christopher Lowery, was personally served on April 13th 2006, by a private server. The defendant was required to answer the Plaintiff's complaint within twenty days of service and has failed to defend this action against him.

The plaintiff hereby requests that a judgement in the amount of $250.000.00 in punitive damages be charged to each named defendant as requested in his complaint.

Respectfully Submitted,

*Jessie Tompkins Sr.*
13180 U.S. Hwy 80 E
Pike Road, Al. 36064
334.277.8859

Certificate of Service

I hereby certify that I have served a copy of the attached on the above name defendants on this 8th day of May, 2006.

*Jessie Tompkins Sr.*