# UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

RECEIVED

2006 MAY -8 A 11: 26

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

JESSIE TOMPKINS Sr.            *

           Plaintiff,           *

VS                              * CASE NO. 2:06CV325.WKW

JUDGE JOHN JONES,               *
JUDGE PATRICIA WARNER,
JESSICA LARRY,                  *
AUDRA BEASLEY,
CAPT. CHRISTOPHER LOWERY,       *

           Defendants.

---

AFFIDAVIT Of JESSIE TOMPKINS, IN SUPPORT
OF HIS SUPPLEMENTAL MOTION FOR
DEFAULT JUDGEMENT

   I Jessie Tompkins, hereby certify that service have been duly executed on the following named defendants for a default judgement :

   A. JESSICA LARRY
   B. AUDRA BEASLEY
   C. CAPT. CHRISTOPHER LOWERY

   The following exhibits are evidence of service: Exhibit A, Exhibit B and Exhibit C.

RESPECTFULLY SUBMITTED

*Jessie Tompkins Sr*
13180 U.S. Hwy 80 E
Pike Road, Alabama 36064
334.277.8859

*Suzanna Yates*
NOTARY

My Commission Expires 10-26-2009

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the attached affidavit for default judgment have been served upon the all parries of record on this 8th day of May 2006.

*Jessie Tompkins Sr.*