AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | May 8th 2006 |
| NAME OF SERVER (PRINT) Sybil D. Jones | TITLE Private Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: City Clerk's office (Sammy Haniakka)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    5-8-06    _Sybil D. Jones_
            Date             Signature of Server

                854 Jessace Avenue
                Address of Server

RETURNED AND FILED
MAY - 9 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE May 8th 06 |
| NAME OF SERVER (PRINT) Sybil D. Jones | TITLE Private Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Teresa Allen

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-8-06
             Date

Signature of Server: Sybil D. Jones

Address of Server: 854 Terrace Avenue

**RETURNED AND FILED**

**MAY - 9 2006**

**CLERK**
**U.S. DISTRICT COURT**
**MIDDLE DIST. OF ALA.**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE May 8 2006 |
| NAME OF SERVER (PRINT) Sybil D. Jones | TITLE Private Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Juliana Taylor

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:


☐ Other (specify):


### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-8-06
                    Date

Signature of Server: Sybil D. Jones

Address of Server: 854 Jernigan Avenue

**RETURNED AND FILED**
**MAY -9 2006**
**CLERK**
**U. S. DISTRICT COURT**
**MIDDLE DIST. OF ALA.**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.