**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Capt Christopher Lowery 06CV325
   US Army Recruiting Co Mont
   Bldg. 1510, 3rd fl
   Maxwell AFB
   Gunter Annex AL 36114

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ ☑ Agent ☐ Addressee

B. Received by (Printed Name): D. Tessa H
C. Date of Delivery: 4 May 06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail     ☑ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7005 1820 0002 3461 3141

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540