| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☑ Agent  ☐ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery<br>D. Tosatt  4 May 06 |
| 1. Article Addressed to:<br>Capt Christopher Lowery  06CV325<br>US Army Recruiting Co<br>Bldg. 1510, 3rd fl<br>Maxwell AFB<br>Gunter Annex AL 36114 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☑ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1820 0002 3461 3141 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540