

*Superintendent*
Carlinda Purcell, Ed.D.

*Board Members*
Dr. Mark LaBranche, *Chairman*
Tommie Miller, *Vice Chairman*

Dave Borden
Mary Briers
Vickie Jernigan
Henry A. Spears
Beverly Ross

307 South Decatur Street
Post Office Box 1991
Montgomery, AL 36102-1991

(334) 223-6700
www.mps.k12.al.us

April 12, 2006

Mr. Jessie Tompkins
Teacher
Youth Facility

Dear Mr. Tompkins:

You are hereby being placed on paid administrative leave today, Wednesday, April 12, 2006 and Thursday, April 13, 2006 (2 days). You may return to your position at the Youth Facility on Monday, April 17, 2006.

Sincerely,

Jimmy Barker
Assistant Superintendent
Office of Human Resources

Tom Barker, Adm. Assistant – Youth Facility
Personnel File

A

Complaint Form Submission Results

Page 1 of 1



# This acknowledges that the complaint of JESSIE TOMPKINS has been submitted to the:

## Atlanta Office

U.S. Department of Education
61 Forsyth St. S.W., Suite 19T70
Atlanta, GA 30303-3104

**Phone:** 404-562-6350  **Fax:**  404-562-6455
**TDD:**  877-521-2172 **Email:** OCR.Atlanta@ed.gov

Before OCR can process your complaint it must receive at the above address a signed copy of the Office for Civil Rights Consent Form.

B

May 6, 2006

http://www.montgomeryadvertiser.com/apps/pbcs.dll/article?AID=/20060506/NEWS01/605060361/1007/ARCHIVES

## Mayor vetoes City Council items

Mayor Bobby Bright on Friday vetoed two items approved by the City Council earlier this week, including discretionary accounts and more control over federal Community Development Block Grants.
The council will attempt to override his veto at the May 16 council meeting.
Council members approved the discretionary funds 5-4 and granted themselves more oversight of the federal grants with a 6-3 vote.
Bright said the council is infringing on the executive authority of the mayor by giving themselves more control over millions of dollars in grant money, which comes to the city annually through the U.S. Department of Housing and Urban Development.
"I can't agree with a resolution they passed that I know is illegal," he said.
The mayor said council members have had input in the grant process.
"This is far overreaching," he said.



Office for Civil Rights
U.S. Department of Education
400 Maryland Avenue, S.W.
Washington, D.C. 20202-1100
(202) 245-6800; 1-800-421-3481
FAX: (202) 245-6840; TDD: (877) 521-2172
E-mail: OCR@ed.gov
Web: http://www.ed.gov/ocr

The Office for Civil Rights (OCR) enforces several federal civil rights laws that prohibit discrimination in programs or activities that receive federal financial assistance from the Department of Education (ED). Discrimination on the bases of race, color, and national origin is prohibited by Title VI of the Civil Rights Act of 1964; sex discrimination is prohibited by Title IX of the Education Amendments of 1972; discrimination on the basis of disability is prohibited by Section 504 of the Rehabilitation Act of 1973 and Title II of the Americans with Disabilities Act of 1990 (Title II prohibits discrimination on the basis of disability by public entities, whether or not they receive federal financial assistance); and age discrimination is prohibited by the Age Discrimination Act of 1975.

These civil rights laws enforced by OCR extend to all state education agencies, elementary and secondary school systems, colleges and universities, vocational schools, proprietary schools, state vocational rehabilitation agencies, libraries, and museums that receive federal financial assistance from ED. Programs or activities that receive ED funds must provide aids, benefits, or services in a nondiscriminatory manner. Such aids, benefits, or services may include, but are not limited to: admissions, recruitment, financial aid, academic programs, student treatment and services, counseling and guidance, discipline, classroom assignment, grading, **vocational education, recreation, physical education,** athletics, housing, and employment.

In addition, as of January 8, 2002, OCR enforces the Boy Scouts of America Equal Access Act, part of the No Child Left Behind Act of 2001. Under the Boy Scouts of America Equal Access Act, no public elementary school, public secondary school, or state or local education agency that provides an opportunity for one or more outside youth or community groups to meet on school premises or in school facilities before or after school hours shall deny equal access or a fair opportunity to meet or discriminate against, any group officially affiliated with the Boy Scouts of America or any other youth group listed in Title 36 of the United States Code as a patriotic society.

**SOUTHERN DIVISION**
**Alabama, Florida, Georgia, Tennessee**
**Office for Civil Rights, Atlanta Office**
U.S. Department of Education
61 Forsyth Street, S.W., Suite 19T70
Atlanta, GA 30303-3104
(404) 562-6350; FAX# (404) 562-6455

