AO 440 (Rev. 8/01) Summons in a Civil Action

2:06cv325-WKW

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | May 9th 2006 |
| NAME OF SERVER (PRINT) Sonia Maxwell | TITLE | Private Server |
| Check one box below to indicate appropriate method of service | | |

☒ Served personally upon the defendant. Place where served: 3329 Otis Lane, Smiley Court defendants residence

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 9th 2006    Sonia Maxwell
              Date                Signature of Server

2205 Upper Upper Wetumpka Rd #40
Address of Server

**RETURNED AND FILED**

**MAY 10 2006**

**CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Middle_ District of _Alabama_

Jessie Tompkins SR

V.

Judge John Jones
et Al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06CV325-WKW

TO: (Name and address of Defendant)

Ms Betty Barker
3324 Apt B. Otis Cane
Gibbs Village
Montg. Al. 36108

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jessie Tompkins
13180 U.S. Hwy 80 S
Pike Road, Al. 36164

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                May 5, 2006
CLERK                                           DATE

(By) DEPUTY CLERK