**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Alberto Gonzales
   Atty General of the US
   US Dept of Justice
   10th St Const. Ave
   Wash, DC 20530

2. Article Number
   (Transfer from service label)    7005 1820 0002 3461 3165

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Ernest L Parks_    ☐ Agent
                         ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   MAY 0 8 2006

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   06 CV 325
   STC

3. Service Type
   ☐ Certified Mail    ☒ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes