**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA** RECEIVED
**NORTHERN DIVISION**

|  |  |  |
|---|---|---|
| JESSIE TOMPKINS, SR., | * | 2006 MAY 15 P 4: 19 |
|  | * |  |
| Plaintiff, | * | DEBRA P. HACKETT, CLK |
|  | * | U.S. DISTRICT COURT |
|  | * | MIDDLE DISTRICT ALA. |
| v. | * | **CASE NO.: 2:06CV-325-WKW** |
|  | * |  |
| JUDGE JOHN JONES, et al., | * |  |
|  | * |  |
| Defendants. | * |  |

## NOTICE OF APPEARANCE

COME NOW Thomas T. Gallion, III and Constance C. Walker of the law firm of

Haskell Slaughter Young & Gallion, LLC, and file this notice of appearance as counsel

for the Defendant identified in the Amended Complaint as the Montgomery County

Youth Facility.

Respectfully submitted this 15th of May, 2006.


_____
Thomas T. Gallion, III (GAL 010)


_____
Constance C. Walker (WAL144)
Attorneys for Defendant Montgomery County
Youth Facility


OF COUNSEL:

**HASKELL SLAUGHTER YOUNG & GALLION, LLC**
305 South Lawrence Street
Post Office Box 4660
Montgomery, Alabama 36103-4660
(334) 265-8573
(334) 264-7945 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on those listed below

by placing a copy of same in the United States mail, postage prepaid and properly

addressed on this the ___15___ day of May, 2006.

Jessie Tompkins
13180 U.S. Highway 80 E
Pike Road, Alabama 36064

Benjamin Howard Albritton
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130-0152

Jessica Larry
412 Edward Street
Montgomery, Alabama 36104

Audra Beasley
13192 US Highway 80 East
Pike Road, Alabama 36064

Christopher Lowery
c/o Montgomery Recruiting Co.
755 McDonald Street, Bldg. 1510
Maxwell AFB-Gunter Annex, Alabama 36114

Betty Barker
3324 Apartment B Otis Lane
Gibbs Village
Montgomery, Alabama 36108

City of Montgomery
103 North Perry Street
Montgomery, Alabama 36103

Julianna Taylor
430 South Decatur Street
Montgomery, Alabama 36104

OF COUNSEL