UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JESSIE TOMPKINS, SR.,            )
    Plaintiff,                )
                              )
vs.                              )   CASE NO.: 2:06CV325.WKW
                              )
JUDGE JOHN JONES, *et al*,       )
    Defendants.               )

## MOTION TO DISMISS

The Defendant Julianna Taylor by attorney moves the court as follows:

1. Defendant Julianna Taylor states, without said statement being construed as a responsive pleading, that her name is properly Juliana Taylor.

2. To dismiss Plaintiff's complaint by extension of the Recommendation of the Magistrate Judge dated the 21st day of April, 2006.

3. To dismiss Plaintiff's complaint because the complaint fails to state a claim against defendant upon which relief can be granted.

Respectfully submitted,

/s/ Tom Wright
TOM WRIGHT) WRI045
Attorney at Law
430 South Decatur Street
Montgomery, Alabama 36104
334-263-5100

## CERTIFICATE OF SERVICE

I hereby certify that I have this ___16___ day of May, 2006, I served a copy of the above and foregoing Motion to Dismiss on Jessie Tompkins, 13180 U.S. Hwy 80 E., Pike Road, Alabama 36064, by placing a copy of same in the United States Mail. Postage prepaid and addressed to his regular mailing address.

_____
TOM WRIGHT