# UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

2006 MAY 31  P 4: 19

JESSIE TOMPKINS Sr.

    Plaintiff,

VS      CASE NO. 2:06CV325.WKW

JUDGE JOHN JONES,
JUDGE PATRICIA WARNER,
JESSICA LARRY,
AUDRA BEASLEY,
CAPT. CHRISTOPHER LOWERY,
CITY OF MONTGOMERY,
MONTGOMERY COUNTY YOUTH
FACILITY, BETTY BARKER AND
JULIANNA TAYLOR.
    Defendants.

## MOTION FOR DEFEAULT JUDGEMENT

    COMES NOW, the Plaintiff Jessie Tompkins, Pursuant to F.R.C.P. 55 (a) (b) (1), hereby submit this motion for default judgement against defendant Betty Barker was personally served on May 9th 2006, by a private server. The defendant was required to answer the Plaintiff's complaint within twenty days of service and has failed to defend this action against him. The plaintiff hereby requests that a judgement in the amount of $250.000.00 in punitive damages.

Respectfully Submitted,

*Jessie Tompkins*
Jessie Tompkins Sr.
13180 U.S. Hwy 80 E
Pike Road, Al. 36064
334.277.8859

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the attached motion have been filed on all parties of record, on this 31 day of May 2006

Benjamin Albriton
Office of the Attorney General
11 South Union St.
Montgomery, Alabama 36130

Jessica Larry
412 Edward St.
Montgomery, Alabama 36104

Audra Beasley
13192 U.S. Hwy 80 E
Pike Road, Al 36064

Christopher Lowery
Gunter- Maxwell AFB Annex
755 McDonald St., Bldg 1510
Montgomery, Al 36114

Betty Barker
3324 (Apt. B) Otis Lane
Smiley Court Apartments
Montgomery, Ala. 36108

City of Montgomery
103 North Perry st.
Montgomery, Al. 36103

Julianna Taylor
430 So. Decatur St.
Montgomery, Al 36104

Jessie Tompkins