# UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

RECEIVED 2006 JUN -1 P 4: 00

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

JESSIE TOMPKINS Sr.         *

    Plaintiff,          *

VS                          * CASE NO. 2:06CV325.WKW

JUDGE JOHN JONES,           *
JUDGE PATRICIA WARNER,
JESSICA LARRY,              *
AUDRA BEASLEY,
CAPT. CHRISTOPHER LOWERY,   *
CITY OF MONTGOMERY,
MONTGOMERY COUNTY YOUTH     *
FACILITY, BETTY BARKER AND
JULIANNA TAYLOR.            *
    Defendants.

---

AFFIDAVIT OF JESSIE TOMPKINS IN SUPPORT
OF HIS MOTION FOR DEFAULT JUDGEMENT

    I Jessie Tompkins, hereby certify that service have been duly executed on the following named defendant for a default judgement :

1. The defendant Ms. Betty Barker was served on May 9th 2006.

2. The following exhibits are evidence of service: Exhibit A,

RESPECTFULLY SUBMITTED

Jessie Tompkins Sr
13180 U.S. Hwy 80 E
Pike Road, Alabama 36064
334.277.8859

_____
NOTARY

_____
SEAL

My Commission Expires 12/15/2009

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the attached motion have been filed on all parties of record, on this 31 day of May 2006

**Benjamin Albriton**
**Office of the Attorney General**
**11 South Union St.**
**Montgomery, Alabama 36130**

**Jessica Larry**
**412 Edward St.**
**Montgomery, Alabama 36104**

**Audra Beasley**
**13192 U.S. Hwy 80 E**
**Pike Road, Al 36064**

**Christopher Lowery**
**Gunter- Maxwell AFB Annex**
**755 McDonald St., Bldg 1510**
**Montgomery, Al 36114**

**Betty Barker**
**3324 (Apt. B) Otis Lane**
**Smiley Court Apartments**
Montgomery, Ala. 36108

City of Montgomery
103 North Perry st.
Montgomery, Al. 36103

Julianna Taylor
430 So. Decatur St.
Montgomery, Al 36104

Jessie Tompkins