IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JESSIE TOMPKINS, SR.,     ) | |
|          ) | |
|     Plaintiff,     ) | |
|          ) | |
| v.     ) | CIVIL ACTION NO. 2:06CV325-WKW |
|          ) | [WO] |
| JUDGE JOHN JONES, et al.,     ) | |
|          ) | |
|     Defendants.     ) | |

**ORDER ON MOTION**

For good cause, it is

ORDERED that the City of Montgomery's Motion to Sever, filed on 30 May 2006 (Doc. # 37), is DENIED. The court has submitted the City's Motion to Dismiss, in the interest of judicial economy. This order should not be construed as a ruling on the severability of the plaintiff's claims against the City of Montgomery.

DONE this 5th day of June, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE