## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

JESSIE TOMPKINS,SR.,                    )
        Plaintiff,                      )
  vs.                                   )
JUDGE JOHN JONES, JUDGE PATRICIA        )
WARNER, JESSICA LARRY, AUDRA            )   Case No.: 2:06cv325-WKW
BEASLEY, CAPT. CHRISTOPHER              )
LOWERY, CITY OF MONTGOMERY,             )   **NOTICE OF APPEARANCE**
MONTGOMERY COUNTY YOUTH                 )
FACILITY, BETTY BARKER, AND             )
JULIANNA TAYLOR et al.                  )
        Defendants.                     )

## DEFENDANT CITY OF MONTGOMERY'S
## NOTICE OF APPEARANCE OF COUNSEL

      **COMES NOW** Wallace D. Mills, and gives notice to this Honorable Court that he is filing his appearance as counsel on behalf of the above-named Defendant City of Montgomery in the above-styled action.

      Respectfully submitted this the 8th day of June, 2006.


                              /s/ Wallace D. Mills_____
                              Wallace D. Mills (MIL 090)
                              Counsel for Defendant City of Montgomery


**OF COUNSEL:**

CITY OF MONTGOMERY
Legal Department
Post Office Box 1111
Montgomery, AL 36101-1111
Telephone: (334) 241-2050
Facsimile:  (334) 241-2310

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served upon the following by placing a copy thereof in the United States Mail, postage prepaid and properly addressed on this the 8th day of June, 2006:

Jessie Tompkins, Sr.
13180 U.S. Hwy 80 East
Pike Road, Alabama  36064

/s/Wallace D. Mills_____
Wallace D. Mills (MIL 090)
Counsel for Defendant City of Montgomery