# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| JESSIE TOMPKINS, SR., ) | |
| Plaintiff, ) | |
| vs. ) | |
| JUDGE JOHN JONES, JUDGE PATRICIA ) | Case No.: 2:06cv325-WKW |
| WARNER, JESSICA LARRY, AUDRA ) | |
| BEASLEY, CAPT. CHRISTOPHER ) | MOTION TO WITHDRAW |
| LOWERY, CITY OF MONTGOMERY, ) | |
| MONTGOMERY COUNTY YOUTH ) | |
| FACILITY, BETTY BARKER, AND ) | |
| JULIANNA TAYLOR et al. ) | |
| Defendants. ) | |

## **MOTION TO WITHDRAW**

**COMES NOW,** Michael D. Boyle and moves this Honorable Court for permission to withdraw as counsel for Defendant City of Montgomery, in the above-styled cause. As grounds in support of said motion, the undersigned states unto the Court the following:

1. On June 8, 2006, Wallace D. Mills filed a Notice of Appearance on behalf of Defendant City of Montgomery.

2. The undersigned Counsel has determined after consulting with the Alabama State Bar Association that he has a potential conflict in this case.

3. The undersigned Counsel has determined that it is necessary for him to recuse himself from the above-referenced matter.

**WHEREFORE, ABOVE PREMISES CONSIDERED**, the undersigned respectively moves this Court for permission to withdraw as Counsel in this matter.

Respectfully submitted this the 8th day of June, 2006.

/s/Michael D. Boyle
Michael D. Boyle (BOY032)

OF COUNSEL:

CITY OF MONTGOMERY
Legal Department
Post Office Box 1111
Montgomery, AL 36101-1111
Telephone: (334) 241-2050
Facsimile:  (334) 241-2310

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon the following by placing a copy thereof in the United States Mail, postage prepaid and properly addressed on this the 8th day of June, 2006:

Jessie Tompkins, Sr.
13180 U.S. Hwy 80 East
Pike Road, Alabama  36064

/s/Michael D. Boyle_____
Michael D. Boyle
Assistant City Attorney