IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JESSIE TOMPKINS, SR. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-325-WKW |
| ) | (WO) |
| JUDGE JOHN JONES, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On April 21, 2006, the Magistrate Judge filed a Recommendation (Doc. # 4) that the case is due to be dismissed before service under 28 U.S.C. § 1915(e)(2)(B)(i)-(ii)-(iii). Plaintiff filed objections (Doc. # 16) and an Amended Complaint on May 5, 2006. Plaintiff also made objections on May 10, 2006 (Doc. # 28), twice on May 15, 2006 (Doc. # 31 and # 32), on June 16, 2006 (Doc. # 48), and on June 17, 2006 (Doc. # 51).

On June 5, 2006, the Magistrate Judge filed Recommendations that the claims against Betty Barker (Doc. # 42) and the Montgomery County Youth Facility (Doc. # 45), who were named as defendants in the Amended Complaint, were due to be dismissed under 28 U.S.C. § 1915(e)(2)(B)(i) and (ii). Plaintiff filed objections to these Recommendations on June 17, 2006 (Doc. # 49 and # 50).

Motions to dismiss were filed by Defendants Jones and Warner (Doc. # 5); Defendant Julianna Taylor (Doc. # 34); Defendant City of Montgomery (Doc. # 37); and Defendant Montgomery County Youth Facility (Doc. # 38). Mr. Boyle, counsel for Defendant City of Montgomery, filed a Motion to Withdraw (Doc. # 47).

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the Court that:

1. The Objections (Doc. # 16, 28, 31, 32, 48, 49, 50, and 51) are OVERRULED.

2. The Recommendations (Doc. # 4, 42, and 45) of the Magistrate Judge are ADOPTED.

3. The Motions (Doc. # 5, 34, 37, 38, and 47) are MOOT and are thus DENIED.

4. This action is DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE this the 22nd day of June, 2006.

                                /s/  W. Keith Watkins
                              UNITED STATES DISTRICT JUDGE